FILED

2025 MAR -5 PM 1:04

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Cody Likens,<br><br>　　　　　Defendant. | **CR25-01354 TUC-AMM(MSA)**<br><br>ORDER TO SEAL<br>INDICTMENT<br><br>(UNDER SEAL) |

IT IS HEREBY ORDERED that the Indictment, the Motion to Seal and this Order to Seal herein be sealed and shall remain sealed until further order of this Court.

DATED this 5th day of March, 2025.

_____
United States Magistrate Judge

cc: AUSA