TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH J. PRECUP
Assistant U.S. Attorney
State Bar No. 034335
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.precup@usdoj.gov
Attorneys for Plaintiff

FILED

2025 MAR -5 PM 1: 11

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR25-01354 TUC-AMM(MSA) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Cody Christian Likens, | VIO: 26 U.S.C. §§ 5845(a), 5861(d), 5871 (Receive/Possess Unregistered Firearm) Counts 1-2 |
| Defendant. | 26 U.S.C. §§ 5845(a), 5861(i), 5871 (Receive/Possess Firearm without Serial Number Count 3 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 3, 2024, in the District of Arizona, Defendant CODY CHRISTIAN LIKENS did knowingly possess a firearm, that is, a Ruger model 10/22, .22 LR caliber rifle bearing serial number RSC4-03534, which is a rifle having a barrel of less than 16 inches in length, not registered to CODY CHRISTIAN LIKENS in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845(a), 5861(d), and 5871.

## COUNT 2

On or about October 3, 2024, in the District of Arizona, Defendant CODY CHRISTIAN LIKENS did knowingly possess a firearm, that is, a silencer fitting a Ruger model 10/22, .22 LR caliber rifle, not registered to CODY CHRISTIAN LIKENS in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845(a), 5861(d), and 5871.

## COUNT 3

On or about October 3, 2024, in the District of Arizona, Defendant CODY CHRISTIAN LIKENS did knowingly possess a silencer without a serial number, in violation of Title 26, United States Code, Sections 5845(a), 5861(i), and 5871.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: March 5, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR PUBLIC DISCLOSURE

/S/

SARAH J. PRECUP
Assistant U.S. Attorney

*United States of America v. Cody Christian Likens*
*Indictment Page 2 of 2*