# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Cody Christian Likens<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR-25-1354-TUC-AMM(MSA) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cody Christian Likens,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2, 26:5845(a), 5861(d), and 5871 Receive/Possess Unregistered Firearm

Count 3, 26:5845(a), 5861(i), and 5871 Receive/Possess Firearm without Serial Number

Date: 03/06/2025

*Issuing officer's signature*

City and state: Tucson, Arizona

K. Hughes, Deputy Clerk
*Printed name and title*

s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 03/06/25, and the person was arrested on *(date)* 04/07/25
at *(city and state)* Tucson, AZ.

Date: 04/07/25

Subject arrested by ATF
and initialed on 04/08/25
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: AUSA, USMS, PTS