**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Bruce G. Macdonald | **Date:** April 8, 2025 |
| **USA v. Cody Christian Likens** | **Case Number:** CR-25-01354-001-TUC-AMM (MSA) |

**Assistant U.S. Attorney:** Sarah Jane Precup
**Attorney for Defendant:** G. Nelson-Melby for Glaucia Brannock, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

### INITIAL APPEARANCE

☒ Indictment Filed                                                           **Date of Arrest:** April 7, 2025
☒ Attorney Richard Bock, specially appearing for defendant makes a record as to when and if he will be retained counsel for Mr. Likens. In the meantime, the Court orders a financial affidavit to be filled out.
☒ Financial Affidavit taken         ☒ AFPD Glaucia Brannock appointed
☒ Mr. Bock to file the appropriate documents if he will be retained and substituting in as counsel for defendant.
 Brady advisal given. Defendant's brother present for the hearing.
☒ Government's motion for detention and request for a continuance of the Detention Hearing is   ☒ Granted ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal.
PTS recommends detention;  Gov't      ☒ concurs    ☐ objects
*Detention hearing set for April 10, 2025 @ 10:30 am before Judge Markovich.*

### ARRAIGNMENT HEARING
☒ Held  ☐ Continued  ☐ Submitted

Plea of NOT guilty entered to all pending counts.

☒ Defendant provided with copy of Indictment.  ☒   Reading waived.

**TRIAL:** May 20, 2025 **at 9:30 a.m. before the Honorable Angela M. Martinez**

**PLEA DEADLINE:** May 2, 2025 **by 3:00 p.m. before the paired Magistrate Judge**

**MOTION HEARING DATE:** All pretrial motions shall be filed sufficiently in advance of trial to avoid any delays in the trial pursuant to LRCrim 47.1.  It is the responsibility of counsel to contact the referred Magistrate Judge to schedule a hearing on any motions requiring oral argument.  Any motion or stipulation to continue the scheduled trial date and change of plea hearing deadline shall be filed with the Clerk of the Court no later than 5:00 p.m. on the Monday following the plea deadline.

| | |
|---|---|
| **USA v.** Cody Christian Likens | **Date:** April 8, 2025 |
| **Case Number:** CR-25-01354-001-TUC-AMM (MSA) | Page 2 of 2 |

☒ Thereafter, counsel for the Government moves to unseal this case. SO ORDERED.

**Recorded By** Courtsmart  **IA** 5 min
**Deputy Clerk** Beth Harper  **ARR** 5 min

**Start:** 2:55 pm
**Stop:** 3:05 pm