GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH J. PRECUP
Assistant U.S. Attorney
Arizona State Bar No. 034335
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
sarah.precup@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-25-01354-AMM-MSA |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CRIM. P. 16 |
| vs. | |
| Cody Christian Likens, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, respectfully moves the Court for a protective order in this matter concerning disclosure of body-worn camera footage.  In support thereof, the following is stated.

The defendant was arrested on charges related to Receiving/Possessing an Unregistered Firearm and Receiving/Possessing a Firearm Without a Serial Number, in violation of 26 U.S.C. §§ 5845(a), 5861(d), 5861(i), and 5871. The government disclosure includes videos recorded by body-worn cameras activated by law enforcement during an encounter with the defendant. The government has reviewed these videos. Many of the videos contain third party personal information and law enforcement sensitive information, such as when law enforcement computers and cell phones are visible in the video. The length and nature of the video recordings makes thorough redactions of this information time-consuming and onerous. As a result, and to allow for prompt disclosure, the

government believes that a protective order is the most prudent course of action for this disclosure.

Federal Rule of Criminal Procedure 16(d)(1) affords the Court the authority to make appropriate orders with respect to any and all discovery and inspection of documents and tangible objects.  As a result, because of the format of the disclosure and the identified personal information and law enforcement sensitive information contained within, the government believes a protective order is appropriate and will expedite the discovery process.

WHEREFORE, the United States respectfully requests that the Court issue an Order which provides that:

Defense counsel (including investigators, paralegals and office staff) receiving the disclosure containing the aforementioned information shall not provide, reproduce or distribute in hard copy or electronic form any personal information contained within that data without further order of the Court.  The defendant shall not provide, reproduce or distribute in hard copy or electronic form any personal information contained on the compact disc.  This Order shall not prevent defense counsel from otherwise showing or discussing with his client evidence contained within that discovery under the supervision of defense counsel or his agents.

Defense counsel may provide the discovery for the use of his investigator (who consents to the jurisdiction and Order of this Court), but that such investigator shall not further copy said discovery without further order of the Court.

Defense counsel may provide the discovery for the use of his paralegal (who consents to the jurisdiction and Order of this Court), but that such paralegal shall not further copy said discovery without further order of the Court.

Defense counsel may provide the discovery for the use of any expert (who consents to the jurisdiction and Order of this Court), but that such expert shall not further copy said discovery without further order of the Court.

1    Counsel for the defendant, Mr. Richard C. Bock, Esq., has been advised of this
2    motion and has no objection.
3    Respectfully submitted this 4th day of June, 2025.

4
5                                        GARY M. RESTAINO
                                         United States Attorney
6                                        District of Arizona

7                                        *s/Sarah J. Precup*

8                                        SARAH J. PRECUP
                                         Assistant U.S. Attorney
9

Copy of the foregoing served electronically or by
10   other means this 4th day of June, 2025, to:

11   Richard C. Bock, Esq.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28