IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Cody Christian Likens,<br><br>　　　　　　　Defendant. | CR-25-01354-AMM-MSA<br><br>PROTECTIVE ORDER PURSUANT TO FED. R. CRIM. P. 16 |

　　　The United States of America, by and through its undersigned attorneys, having moved the Court for a protective order in this matter concerning disclosure related to data from law enforcement body-worn cameras, and good cause having been shown,

　　　IT IS ORDERED AS FOLLOWS:

　　　Defense counsel (including investigators, paralegals and office staff) receiving the disclosure containing the aforementioned information shall not provide, reproduce or distribute in hard copy or electronic form any personal information contained within that data without further order of the Court.  The defendant shall not provide, reproduce or distribute in hard copy or electronic form any personal information contained in the disclosure.  This Order shall not prevent defense counsel from otherwise showing or discussing with his/her client evidence contained within that discovery under the supervision of defense counsel or his/her agents.

Defense counsel may provide the discovery for the use of his/her investigator (who consents to the jurisdiction and Order of this Court), but that such investigator shall not further copy said discovery without further order of the Court.

Defense counsel may provide the discovery for the use of his/her paralegal (who consents to the jurisdiction and Order of this Court), but that such paralegal shall not further copy said discovery without further order of the Court.

Defense counsel may provide the discovery for the use of any expert (who consents to the jurisdiction and Order of this Court), but that such expert shall not further copy said discovery without further order of the Court.

Dated this 5th day of June, 2025.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge