**EXHIBIT #1**

| Policy 504 | Oro Valley Police Department |
|---|---|
| | Oro Valley PD Policy Manual |

# Vehicle Towing and Release Policy

## 504.1 PURPOSE AND SCOPE
This policy provides the procedures for towing a vehicle by or at the direction of the Oro Valley Police Department, Town of Oro Valley Town Code and under the authority of ARS § 28-872 and ARS § 28-3511.

## 504.2 RESPONSIBILITIES
The responsibilities of those employees storing or impounding a vehicle are as follows:

### 504.2.1 COMPLETION OF VEHICLE IMPOUND REPORT
Department members requesting towing and storage of a vehicle shall do both of the following (ARS § 28-872(D)):

(a) Provide the tow truck operator with a vehicle impound report signed by the member that includes (ARS § 28-872(D)(1)):

1. The vehicle identification number.
2. A number that identifies this department and the officer ordering the tow.
3. The year, make and model of the vehicle.
4. The license plate number if available.
5. The date and time the vehicle was towed.
6. The address from which the vehicle was towed.
7. The name, address and telephone number, if known, of the registered owner and the primary lien holder of the vehicle to permit the towing company to notify the registered owner or the primary lien holder.

(b) Provide a copy of the removal report to the Communications Bureau and:

1. The name and telephone number of the person towing the vehicle.
2. All the information provided to the tow truck operator.

Communications personnel shall promptly record information from the completed vehicle impound report as prescribed by the Arizona Department of Public Safety (DPS) including entry into the National Insurance Crime Bureau (NICB) Impound/Stored Vehicle File (ARS § 28-872(F)).

### 504.2.2 REMOVAL OF VEHICLE DISABLED IN A TRAFFIC COLLISION
When a vehicle has been involved in a traffic collision and must be removed from the scene, the officer shall have the driver select a towing company, if reasonably possible, and shall relay the request for the specified towing company to the dispatcher. When there is no preferred company requested, a company will be selected from the rotational list of towing companies in Communications Bureau.