**EXHIBIT #2**

## DECLARATION

1) I am the Declarant, Merilee Keene Barrow.

2) My date of birth is October 12, 1953. *MB*

3) I am the mother of Cody Christian Likens.

4) His date of birth is April 8, 1982.

5) I am the registered owner of the vehicle which is a 2001 Ford F350 TK Black vehicle, Lic. Plate #32A61K AZ, VIN Number 1FDSW34581EA53498.

6) My son, Cody Christian Likens, had my permission to drive the vehicle described in paragraph 5 of my Declaration on October 3, 2025.

7) I have always given my permission to my son, Cody Christian Likens, to use that vehicle and have never withdrawn my consent or permission of his use of the vehicle described in paragraph 5 of my Declaration.

I certify that the information I have provided is true and complete to the best of my knowledge.

DATED this 4 day of ~~July~~ August, 2025. *MB*

_____
MERILEE KEENE BARROW

SUBSCRIBED AND SWORN TO before me this 4 day of ~~July~~ August, 2025 by MERILEE KEENE BARROW.

_____
NOTARY PUBLIC

My Commission Expires:

6-20-2026



SASHA MARSTON
Notary Public - Arizona
Pima County
Commission # 634000
My Comm. Expires Jun 20, 2026