**RICHARD C. BOCK**
**SUITE 1003, PIONEER PLAZA BUILDING**
**100 NORTH STONE AVENUE**
**TUCSON, AZ 85701**
**(520) 792-4940**
**(520) 792-2139 (FAX)**
**lingemanbock@qwestoffice.net**

**ATTORNEY FOR DEFENDANT LIKENS**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR25-1354-TUC-AMM(MSA) |
|---|---|---|
| Plaintiff, | ) | **MOTION TO CONTINUE** |
| VS. | ) | (THIRD REQUEST) |
| Cody Christian Likens, | ) | |
| Defendant. | ) | |

It is expected that excludable delay pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv) may result from the filing of this motion or an order based thereon.

COMES NOW attorney for the defendant, Cody Christian Likens, and respectfully moves this Court to continue the plea deadline of September 5, 2025, and the trial date of September 23, 2025, for a period of 45 days, for the following reasons: Undersigned counsel needs additional time to prepare for trial.

The Assistant U.S. attorney assigned the case, Sara Precup, has no objection.

RESPECTFULLY SUBMITTED this 26th day of August, 2025.

BY   /s/ RICHARD C. BOCK

Copy of the foregoing
delivered this date to:

U.S. Attorney