

## Oro Valley Police Department
# VEHICLE REMOVAL REPORT

TOW SHEET NUMBER: **T24000000001577**

DATE OF REMOVAL: **10/03/2024**
INCIDENT NUMBER: [redacted]

### VEHICLE INFORMATION

| YEAR | MAKE | MODEL | STYLE | COLOR | LICENSE PLATE | STATE | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|
| 2002 | FORD | 350 | FB | BRO | 32A61X | AZ | 09/30/2026 |

| VEHICLE IDENTIFICATION NUMBER | VIN VERIFIED | VEHICLE GVW |
|---|---|---|
| 1FDSW34S81EA53498 | ☑ YES  ☐ NO | 8,002 |

| DRIVER'S LICENSE NUMBER | DL STATE | DRIVER LAST NAME | DRIVER FIRST NAME | DOB |
|---|---|---|---|---|
| D09761251 | AZ | LIKENS | CODY | 4/8/1982 |

| DRIVER ADDRESS | CITY | STATE | ZIP CODE | PHONE | CELL PHONE |
|---|---|---|---|---|---|
| 10065 N. ALDER SPRING DR. | ORO VALLEY | AZ | 85737 | | ☐ |

| SAME AS DRIVER | OWNER NAME | OWNER PHONE | CELL PHONE |
|---|---|---|---|
| ☐ | MERILEE KEENE BARROW | | ☐ |

| OWNER ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 10065 N. ALDER SPRING DR. | ORO VALLEY | AZ | 85737 |

| LIEN HOLDER NAME | LIEN HOLDER ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

### LOCATION INFORMATION

| ADDRESS | CITY | GRID | PRECINCT |
|---|---|---|---|
| ORACLE RD & WATERHARVEST NOF | ORO VALLEY | 2 | |

### REASON FOR REMOVAL

- ☐ 28-3511 / 20 DAY IMPOUND
- ☐ OWNER REQUEST
- ☐ BOOT AND TOW
- ☑ ARREST
- ☐ OTHER
- ☐ COLLISION
- ☐ ABANDONED
- ☐ EVIDENCE
- ☐ CITY EQUIPMENT
- ☐ DRIVING UNDER THE INFLUENCE
- ☐ STOLEN / RECOVERED
- ☐ SEIZURE
- ☐ RACING VEHICLE

### VEHICLE REMOVAL NOTICE INFORMATION

| DATE REMOVAL TAG AFFIXED | TIME REMOVAL TAG AFFIXED | OFFICER SERIAL # |
|---|---|---|
| | | |

### TOW COMPANY INFORMATION

| TIME REQUESTED | TIME ARRIVED | STAND-BY TIME (MINUTES) |
|---|---|---|
| 22:03 | 22:18 | |

| TOW COMPANY NAME | TOW COMPANY PHONE # | STORAGE YARD ADDRESS |
|---|---|---|
| Catalina Towing & Recovery | (520) 955-7718 | 16005 N ORACLE RD. CATALINA, AZ 85739 |

| TOW DRIVER NAME | TOW DRIVER ID # |
|---|---|
| CHRIS HENDERSON | 1 |

### SPECIAL CIRCUMSTANCES
01- None

### 28-3511 REASON

### VEHICLE CONDITION

D = DAMAGED
M = MISSING
P = PRESENT

| | |
|---|---|
| RIGHT FRONT TIRE | P |
| LEFT FRONT TIRE | P |
| RIGHT REAR TIRE | P |
| LEFT REAR TIRE | P |
| STEREO | P |
| IGNITION KEY | P |

### OFFICER ADDITIONAL NOTES

INVENTORY - KEYS, PORTABLE FAN, BLUE SPEAKER, OC SPRAY, BLACK FLASHLIGHT, TWO CUPS, MISC PAPERS, GREEN SHIRT, BALL CAP, YELLOW/BLACK FLASHLIGHT, EGGS, CEREAL, FIVE YELLOW STICKS, CIGARETTES, BLACK LIGHT, BLACK KNIFE, BROWN COMPACT, BLACK COIN PURSE (EMPTY), MISC TOYS, MISC ITEMS, BLACK SUNGLASSES, MISC TOOLS, TWO TRAIN CARS (TOY), HARMONICA, LIGHTER, POCKET KNIFE, WHITE TORCH LIGHTER, TOOTH PASTE, BEADED NECKLACES, U.S PASSPORT, GARAGE DOOR OPENER, FOUR BLANKETS, BLACK SHIRT, WHITE SHIRT, WHITE FLASHLIGHT, STEREO, TWO BLACK TOWER SPEAKERS, BLACK BASS, GREEN SCARF, WINDOW COVER, WHITE CLOTH ZIP LOCK, BLACK LIGHTS, OUTLET CORD, MISC AMMO BELT, MISC TENSION CORDS, FURNITURE, TRAFFIC CONE, TIRE JACK. TWO TRASH BAGS, MISC TOOLS, PAINT, GAS CAN

### PERSONAL PROPERTY

- ☐ EVIDENCE/SAFEKEEPING
- ☐ REMOVED BY OWNER
- ☑ LEFT IN VEHICLE
- ☐ OTHER

**Released to Pima County Attorney**
**(OVPD)**

| BADGE NUMBER: | V245 | OFFICER NAME: | T. FLETCHER |
|---|---|---|---|