## 11-3-15    Impounding Vehicles.

A.   *When Permitted.* Members of the police department are hereby authorized to remove a vehicle from a street or highway to the nearest garage or other place of safety, or to a garage designated or maintained by the police department, or otherwise maintained by the town under the circumstances enumerated in this section:

   1.   When any vehicle is left unattended upon any bridge, viaduct, street or highway and constitutes a definite hazard or obstruction to the normal movement of traffic.

   2.   When a vehicle upon a highway or street is so disabled as to constitute an obstruction to traffic and the person in charge of the vehicle is by reason of physical injury incapacitated to such an extent as to be unable to provide for its custody or removal.

   3.   When any vehicle is left unattended upon a street for a period in excess of seventy-two hours.

   4.   When any person is arrested while in possession of a motor vehicle and taken into custody.

B.   *Notice.*

   1.   *If owner known.* Whenever an officer removes a vehicle from a street as authorized in subsection A of this section, and the officer knows or is able to ascertain from the registration records in the vehicle the name and address of the owner thereof, such officer shall immediately give or cause to be given notice in writing to such owner of the fact of such removal and the reasons therefor and of the place to which such vehicle has been removed. In the event any such vehicle is stored in a public garage, a copy of such notice shall be given to the proprietor of the garage.

   2.   *If owner unknown.* Whenever the police department removes a vehicle from a street under subsection A of this section and does not know and is not able to ascertain the name of the owner, or for any other reason is unable to give the notice to the owner as hereinbefore provided, in the event the vehicle is not returned to the owner within a period of three days, then the officer shall immediately send or cause to be sent a written report of such removal by mail to the Motor Vehicle Division, State Highway Department, whose duty it is to register motor vehicles, and shall file a copy of such notice with the proprietor of any public garage in which the vehicle may be stored. Such notice shall include a complete description of the vehicle, the date, time and place from which removed, the reasons for such removal, and name of the garage or place where the vehicle is stored.

C.   *Redemption or sale.* Application for redemption of a vehicle impounded under the provisions of subsection A of this section shall be made by the owner or his duly authorized agent, who shall be entitled to the possession thereof upon payment to the town of the sum of five dollars, together with all other costs of removal and storage that may have accrued thereon. In the event the vehicle impounded shall not be redeemed by its owner or agent within thirty days, then such vehicle shall be sold for such penalty, charges and costs, in the manner provided by Arizona Revised Statutes, Title 28, Section 28-1405, et seq. This remedy shall be cumulative of any and all other penalties provided by this chapter.

---

**The Oro Valley Town Code is current through Ordinance (O)25-04, passed August 13, 2025.**

Disclaimer: The Town Clerk's Office has the official version of the Oro Valley Town Code. Users should contact the Town Clerk's Office for ordinances passed subsequent to the ordinance cited above.

Town Website: www.orovalleyaz.gov

Hosted by General Code.