**Policy**
**504**

Oro Valley Police Department

Oro Valley PD Policy Manual

# Vehicle Towing and Release Policy

## 504.1  PURPOSE AND SCOPE
This policy provides the procedures for towing a vehicle by or at the direction of the Oro Valley Police Department, Town of Oro Valley Town Code and under the authority of ARS § 28-872 and ARS § 28-3511.

## 504.2  RESPONSIBILITIES
The responsibilities of those employees storing or impounding a vehicle are as follows:

### 504.2.1  COMPLETION OF VEHICLE IMPOUND REPORT
Department members requesting towing and storage of a vehicle shall do both of the following (ARS § 28-872(D)):

(a)  Provide the tow truck operator with a vehicle impound report signed by the member that includes (ARS § 28-872(D)(1)):

1. The vehicle identification number.
2. A number that identifies this department and the officer ordering the tow.
3. The year, make and model of the vehicle.
4. The license plate number if available.
5. The date and time the vehicle was towed.
6. The address from which the vehicle was towed.
7. The name, address and telephone number, if known, of the registered owner and the primary lien holder of the vehicle to permit the towing company to notify the registered owner or the primary lien holder.

(b)  Provide a copy of the removal report to the Communications Bureau and:

1. The name and telephone number of the person towing the vehicle.
2. All the information provided to the tow truck operator.

Communications personnel shall promptly record information from the completed vehicle impound report as prescribed by the Arizona Department of Public Safety (DPS) including entry into the National Insurance Crime Bureau (NICB) Impound/Stored Vehicle File (ARS § 28-872(F)).

### 504.2.2  REMOVAL OF VEHICLE DISABLED IN A TRAFFIC COLLISION
When a vehicle has been involved in a traffic collision and must be removed from the scene, the officer shall have the driver select a towing company, if reasonably possible, and shall relay the request for the specified towing company to the dispatcher. When there is no preferred company requested, a company will be selected from the rotational list of towing companies in Communications Bureau.

*Vehicle Towing and Release Policy*

If the owner is incapacitated or for any reason it is necessary for the Department to assume responsibility for a vehicle involved in a collision, the officer shall request the dispatcher to call a company selected from the rotational list of towing companies. The officer will then conduct an inventory and store the vehicle using a Vehicle Removal Report.

### 504.2.3   DRIVING A NON-TOW VEHICLE
Vehicles that have been towed by or at the direction of the Department should not be driven by police personnel unless it is necessary to move a vehicle a short distance to eliminate a hazard, prevent the obstruction of a fire hydrant or to comply with posted signs.

### 504.2.4   DISPATCHER'S RESPONSIBILITIES
Upon receiving a request for towing, the dispatcher shall promptly telephone the specified towing service. The officer shall be advised when the request has been made and the towing service has been dispatched.

When there is no preferred company requested, the dispatcher shall call the next firm in rotation from the list of approved towing companies and shall make appropriate entries on that form to ensure the next firm is called.

### 504.2.5   TOWING RECOVERED STOLEN VEHICLES
When a member has recovered a confirmed stolen vehicle, a Vehicle Recovery Report shall be completed and an ID Technician shall process the vehicle, unless otherwise directed by a supervisor.

Stolen vehicle cases originating in Oro Valley:

   (a)   If the vehicle is drivable, an attempt shall be made to contact the registered owner to have them respond and take custody of the vehicle. A Property Invoice and Receipt Form shall be completed and the registered owner shall sign the Evidence Control portion prior to taking custody of the vehicle.

   (b)   If the vehicle is not drivable, the vehicle shall be towed to a privately owned facility. The owner shall be notified of the storage location.

   (c)   If the owner cannot be reached, the vehicle shall be stored in a privately owned storage facility.

### 504.3   TOWING SERVICES
The Town of Oro Valley periodically selects one or more firms to act as official tow services and awards contracts to those firms. Those firms will be used in the following situations:

   (a)   When it is necessary to safeguard a vehicle due to the inability of the owner or operator to take the required action.

   (b)   When a vehicle is being held as evidence in connection with an investigation.

(c) When it is otherwise necessary to store a motor vehicle. This would include situations involving the recovery of stolen or abandoned vehicles and the removal of vehicles obstructing traffic in violation of state or local regulations.

If more than one firm has been awarded contracts, they shall be placed on a rotation list. Nothing in this policy shall require the Department to tow a vehicle.

### 504.4  TOWING AT ARREST SCENES

Whenever a person in charge or in control of a vehicle is arrested, it is the policy of this department to provide reasonable safekeeping by towing the arrestee's vehicle subject to the exceptions described below. However, a vehicle shall be towed whenever it is needed for the furtherance of an investigation or prosecution of the case, or when the community caretaker doctrine would reasonably suggest that the vehicle should be towed. For example, a vehicle shall be towed if it would present a traffic hazard or if it would be in jeopardy of theft or damage if left at the scene in a high-crime area.

There may be situations where consideration should be given to leaving a vehicle at the scene in lieu of towing, provided the vehicle can be lawfully parked and left in a reasonably secured and safe condition.In such cases, the handling employee shall inform the person responsible for the vehicle that the Department will not be responsible for theft or damages.

When an individual is placed under arrest for driving under the influence, it is the policy of this Department that the vehicle be towed from the scene of the arrest to be stored at a contracted tow facility. A 12-hour hold shall be placed upon the vehicle commencing at the time of the arrest. The 12-hour hold shall be documented on the tow report provided to all parties.

### 504.5  VEHICLE INVENTORY

All property in a stored or impounded vehicle shall be inventoried and listed on the vehicle removal form. This includes the trunk and any compartments or containers, even if they are closed and/or locked. Members conducting inventory searches should be as thorough and accurate as practicable in preparing an itemized inventory. These inventory procedures are for the purpose of protecting an owner's property while the owner is in police custody, to provide for the safety of officers and the public, and to protect the Department against fraudulent claims of lost, stolen or damaged property.

### 504.6  SECURITY OF VEHICLES AND PROPERTY

Unless it would cause an unreasonable delay in the completion of a vehicle impound/storage or create an issue of officer safety, an officer should make reasonable accommodations to permit a driver/owner to retrieve small items of value or personal need (e.g., cash, jewelry, cellular telephone, prescriptions) that are not considered evidence or contraband.

If a search of a vehicle leaves the vehicle or any property contained therein vulnerable to unauthorized entry, theft or damage, personnel conducting the search shall take such steps as are reasonably necessary to secure and/or preserve the vehicle or property.