**RICHARD C. BOCK**
**SUITE 1003, PIONEER PLAZA BUILDING**
**100 NORTH STONE AVENUE**
**TUCSON, AZ  85701**
**(520) 792-4940**
**(520) 792-2139 (FAX)**
**lingemanbock@qwestoffice.net**

**ATTORNEY FOR DEFENDANT LIKENS**

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR25-1354-TUC-AMM(MSA) |
| | ) | |
| Plaintiff, | ) | MOTION TO EXTEND TIME WITHIN |
| | ) | WHICH TO FILE REPLY TO |
| VS. | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT'S MOTION TO SUPPRESS |
| Cody Christian Likens, | ) | EVIDENCE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is expected that excludable delay pursuant to 18 U.S.C. 3161(h)(F) may result from the filing of this motion or an order based thereon.

COMES NOW the defendant, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time within which to file his Reply to Government's Response to Defendant's Motion to Suppress Evidence to on or before September 16, 2025 for the reason that additional time is needed to research and file defendant's Reply.  Assistant U.S. Attorney Sarah Precup has no objection to this motion.

RESPECTFULLY SUBMITTED this 28th day of August, 2025.

BY   /s/ RICHARD C. BOCK

Copy of the foregoing
delivered this date to:

Sarah Precup
Assistant U.S. Attorney