1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9   United States of America,            No. CR-25-01354-001-TUC-AMM (MSA)
10              Plaintiff,               **ORDER**
11  v.
12  Cody Christian Likens,
13              Defendant.
14

15         **IT IS ORDERED** that the motion for an extension of time (Doc. 30) is **granted**.
16  Defendant's reply to the motion to dismiss is due on or before **September 16, 2025**.
17         Dated this 9th day of September, 2025.
18
19                                        _____
                                          Honorable Maria S. Aguilera
                                          United States Magistrate Judge
20
21
22
23
24
25
26
27
28