**EXHIBIT #1**

# Catalina Towing & Recovery

11900 N La Canada Dr #68994, ORO VALLEY AZ 85737 | Phone: 520-955-7718 | |

# SALES RECEIPT

INVOICE #25-55566

Invoice  Photos

## Basic Details

| | |
|---|---|
| Printed: | 9/11/2025 |
| Call # | 55566 |
| Stock # | 20411808 |
| Account | ORO VALLEY POLICE DEPT (POLICE) |
| Driver | Henderson |
| Truck | FREEBIRD |
| Date/Time Dispatched: | 10/3/2024 @ 10:06 PM |
| Date/Time Arrived to scene: | 10/3/2024 @ 10:21 PM |
| Date/Time Towing Time: | 10/3/2024 @ 11:36 PM |
| Date/Time Completed: | 10/4/2024 @ 12:10 AM |
| Date/Time Impounded: | 10/4/2024 @ 12:10 AM |
| Reason: | Police - Arrest |
| Tow From: | 32.41691915301687,-110.93744460493326 |
| Tow To: | 16005 N ORACLE RD, TUCSON, AZ 85739 |
| Notes | NO HOLD |

## Vehicle Summary

| | |
|---|---|
| VIN Number: | 1FDSW34S81EA53498 |
| Model: | 2001 Ford F-350 Super Duty (Black) |
| License Plate: | 32A61X (AZ) |
| Drivable: | Drivable |
| Keys: | Yes #22 |

## Charges Summary

| Service Item | Units/Qty | Price | Line Total |
|---|---|---|---|
| Impounds/Storage: Daily Impound Rate | 1 | $40.00 | $40.00 |
| OVPD Mileage | 6 | $6.00 | $36.00 |
| OVPD Tow/Call Out | 1 | $175.00 | $175.00 |
| | | Subtotal | $251.00 |
| | | Taxes | $0.00 |
| | | **Grand Total** | **$251.00** |
| | | Amount Due | $0.00 / Paid |

Visa payment of $251.00 applied

I hereby in consideration of Catalina Towing & Recovery providing towing service(s) release and hold harmless Catalina Towing & Recovery and all employees of said company. I understand that such services, including and not limited to jump starts, lockouts, tire changes, and winch/recovery work involves possible risk of damage to the described vehicle and do

hereby expressly accept all of the risk and all damage. Payments for services using with credit/debit cards will be charged a 4% processing fee and charged to the customer. Your signature below releases Catalina Towing & Recovery and any of its employees from any liability resulting from towing, services rendered, contraction of any airborne illnesses (including Covid19), and/or storing of described vehicle and your signature is testimony that you have read and understand this statement of release and have no questions whatsoever.