# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cody Christian Likens,<br><br>　　　　Defendant. | No. CR-25-01354-001-TUC-AMM (MSA)<br><br>**ORDER** |

On October 24, 2025, the Government submitted a memorandum to the Court for an in camera inspection pursuant to *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991). The Court has reviewed the memorandum, which pertains to a witness who will testify at the evidentiary hearing on October 27, and determined that the information within it is not material to this prosecution. *See id.* at 31 (stating that information must be disclosed only if it "is or may be material to the defendant's case"). Therefore,

**IT IS ORDERED** that the Government need not disclose to the defense the information contained in its October 24 memorandum.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket the memorandum **under seal** and **ex parte**.

Dated this 27th day of October, 2025.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge