*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

☒ FILED   ☐ LODGED
**Oct 27 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

CR 25-01354-AMM-MSA

vs.

*GOVERNMENT'S EXHIBIT LIST*

Cody Christian Likens,
DEFENDANT.

| PRESIDING JUDGE<br>MARIA S. AGUILERA | | COURTROOM DEPUTY<br>Cynthia Espinoza | COURT REPORTER<br>Courtsmart |
|---|---|---|---|
| HEARING DATE(S)<br>October 27, 2025 | | PLAINTIFF ATTORNEY(S)<br>AUSA, Sarah J. Precup | DEFENDANT ATTORNEY(S)<br>Richard C. Bock, retained |
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
| 1 | | 10/27/2025 | Map of Oro Valley, Arizona |
| 2 | | 10/27/2025 | Radio Log (audio recording) |
| 3 | | 10/27/2025 | Photograph of vehicle driven by Likens |
| 4 | | 10/27/2025 | Oro Valley Police Department (OVPD) Policy 504 |
| 5 | | 10/27/2025 | Vehicle Removal Report |
| 6 | | | Report of OVPD Officer K. Brandstrom |
| 7 | | 10/27/2025 | Body camera video |