*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

☒ FILED  ☐ LODGED

**Oct 28 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

PLAINTIFF

V.

Cody Christian Likens,
DEFENDANT

DEFENDANT'S EXHIBIT LIST

CASE NUMBER: CR-25-01354-AMM-MSA

| PRESIDING JUDGE: Maria S. Aguilera | COURTROOM DEPUTY: Cynthia Espinoza | COURT REPORTER: Courtsmart |
|---|---|---|
| HEARING/TRIAL DATE(S) 10/27/2025 | PLAINTIFF ATTORNEY(S): AUSA, Sarah Precup | DEFENDANT ATTORNEY(S): Retained, Richard Bock |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
|  | 16 |  | Catalina Towing & Recovery of Vehicle 10/3-10/4/24 |
|  | 17 |  | Oro Valley Incident Report 4/17/24 |
|  | 18 |  | Oro Valley Incident Report 10/3/24 |
|  | 19 |  | Oro Valley Incident Report 10/17/24 |
|  | 20 | 10/27/2025 | Vehicle Removal Report, Oro Valley Police Dept. 10/3/24 |
|  | 21 |  | Video of search of Defendant's vehicle by Oro Valley Police 10/3/24 |