**RICHARD C. BOCK**
**SUITE 1003, PIONEER PLAZA BUILDING**
**100 NORTH STONE AVENUE**
**TUCSON, AZ  85701**
**(520) 792-4940**
**(520) 792-2139 (FAX)**
**lingemanbock@qwestoffice.net**

**ATTORNEY FOR DEFENDANT LIKENS**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR25-1354-TUC-AMM(MSA) |
| | ) | **SUPPLEMENT TO** |
| Plaintiff, | ) | **MOTION TO WITHDRAW AS** |
| | ) | **COUNSEL OF RECORD AND FOR** |
| VS. | ) | **APPOINTMENT OF NEW COUNSEL** |
| | ) | |
| Cody Christian Likens, | ) | (HEARING REQUESTED) |
| | ) | |
| Defendant. | ) | |

It is expected that excludable delay pursuant to Title 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

On behalf of the Defendant, Cody Christian Likens, undersigned counsel filed a Motion to Withdraw as Counsel of Record and for Appointment of New Counsel on November 10, 2025 (Doc. 47).

The defendant has contacted undersigned counsel and wishes to represent himself.

The defendant's plea deadline is December 12, 2025 and trial is set for December 30, 2025.

For the foregoing reasons advanced in the Motion to Withdraw filed on November 10, 2025, it is respectfully requested that the Court permit undersigned counsel to withdraw and allow the defendant to represent himself.

RESPECTFULLY SUBMITTED this 12th day of November, 2025.

BY   /s/ RICHARD C. BOCK

Copy of the foregoing
delivered this date to:

U.S. Attorney