TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Tele: 520-620-7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Cody Christian Likens,<br><br>　　　　　Defendant. | 4:25-cr-01354-AMM(MSA)<br><br>AMENDED NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL |

The United States of America, by and through its undersigned attorneys, gives notice that Austin L. Fenwick files his appearance as counsel for the United States of America in the above-captioned matter, as co-counsel to lead counsel Sarah J. Precup.

Respectfully submitted this 18th day of November, 2025.

　　　　　　　　　　　　　　　　TIMOTHY COURCHAINE
　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　*s/Austin L. Fenwick*

　　　　　　　　　　　　　　　　AUSTIN L. FENWICK
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served this 18th day of November, 2025 to:

ALL ECF PARTICIPANTS.