**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge: Maria S. Aguilera** | **Date:** November 20, 2025 |
| **USA v. Cody Christian Likens** | **Case Number: CR-25-01354-001-TUC-AMM (MSA)** |

**Assistant U.S. Attorney:** Sarah Jane Precup and Austin Fenwick
**Attorney for Defendant:** Richard C. Bock, Retained
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☒ Released

**MOTION HEARING RE: MOTION [47] TO WITHDRAW AS COUNSEL AND HEARING ON DEFEDANT'S FILING [48] TO SELF-REPRESENT:**

Defense counsel is heard and moves to withdraw as counsel for Defendant and discussion is held as to same.

Government states there is no pending disclosure, and a plea offer has not been extended in this matter.

The Court GRANTS Defense counsel's Motion to Withdraw as Attorney [47].

Regarding the Defendant's Motion for Self-Representation, the Court proceeds with a Faretta Hearing.

Defendant is placed under oath and examined by the Court.

Based on the record, the defendant being made fully aware of the hazards/dangers and disadvantages of self-representation, THE COURT FINDS that the defendant has knowingly and voluntarily waived the right to counsel representation.

IT IS ORDERED that the Defendant's motion to represent himself is GRANTED.

IT IS FURTHER ORDERED that the Court will appoint advisory/standby counsel to assist the Defendant and/or replace the Defendant if the Court determines during Evidentiary Hearings or trial that the Defendant can no longer be permitted to proceed pro se and/or the Defendant changes his mind.

IT IS FURTHER ORDERED that the appointed advisory/standby counsel shall file a Notice of Appearance within five (5) days of being appointed. Mr. Bock is relieved of further representation of the defendant.

The record reflects Mr. Bock has released the case file to the Defendant.

Thereafter: IT IS ORDERED appointing CJA attorney Saul Huerta as advisory/standby counsel for Defendant.

| | |
|---|---|
| **Recorded By:** Courtsmart | **Motion Hearing:**   05 min |
| **Deputy Clerk:** Cynthia Espinoza | **Faretta Hearing:**   23 min |
| | **Start:  9:06 AM** |
| | **Stop:   9:34 AM** |