# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-25-01354-001-TUC-AMM (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Cody Christian Likens, | |
| Defendant. | |

Pending before the Court is self-represented Defendant Cody Christian Likens' Motion to Continue Trial. (Doc. 57.) This case is presently set for trial on **Tuesday, December 30, 2025**. Defendant moves to continue trial asserting additional time is required to adequately prepare for trial. (*Id.*) The government has no objection to the continuance. (Doc. 58.)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial because, for the reasons set forth in the motion, failure to grant the continuance is likely to result in a miscarriage of justice if the Defendant is required to go to trial on the present trial date.

Accordingly,

**IT IS ORDERED** as follows:

1. The date by which the referred magistrate judge hears the change of plea must be no later than **Friday, January 16, 2026** by 3:00pm.
2. All motions, unless made during a hearing or trial, shall be in writing and shall

be made sufficiently in advance of trial to comply with the time periods set forth in LRCiv 7.2 and any court order and to avoid any delays in the trial. Pretrial motions may be heard before a magistrate judge and a Report and Recommendation will be provided to the district judge assigned to the case.

3. This matter is **RESET** for trial on **Tuesday, February 3, 2026 at 9:30am**.

4. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on **Wednesday, December 31, 2025** and end on **Tuesday, February 3, 2026**. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

5. That any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

6. Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of Court no later than 5:00pm, Tuesday, January 20, 2026. Alternatively, by that same deadline, if after consultation between government and defendant it is determined that a motion to continue the scheduled trial date and change of plea deadline will not be filed, government counsel shall notify the Court by an email to the chambers email address that the case and the parties are ready to proceed to trial on the scheduled trial date. The notification shall also include the estimated number of trial days needed to complete the trial

7. The government is directed to provide a copy of all discovery to Defendant forthwith.

8. This matter is set for a **status conference** on **Tuesday, January 13, 2026 at 3:00pm** before the Honorable Angela M. Martinez.

Dated this 16th day of December, 2025.

_____
Honorable Angela M. Martinez
United States District Judge