IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Cody Christian Likens<br><br>Defendant | Case No. CR25-01354-TUC-AMM(MSA)<br><br>ORDER<br><br>(PROPOSED) |

**[PROPOSED] ORDER REGARDING PENDING RULE 59 OBJECTIONS, DISCOVERY COMPLIANCE, AND SUPPLEMENTATION SCHEDULE**

Before the Court are Defendant Cody Christian Likens' timely objections filed on January 2, 2026 to:

(1) the Report and Recommendation at Doc. 66 pursuant to Fed. R. Crim. P. 59(b); and

(2) nondispositive magistrate judge orders at Docs. 65 and 67 pursuant to Fed. R. Crim. P. 59(a) (collectively, the "Pending Objections").

Also before the Court are the District Judge's Order directing completion of discovery forthwith (Doc. 61), the Magistrate Judge's December 19, 2025 Order reiterating discovery obligations, and the Court's April 8, 2025 Order enforcing the Government's continuing

disclosure obligations under Fed. R. Crim. P. 5(f), Brady v. Maryland, and controlling Ninth Circuit authority (Doc. 8).

The Court enters this Order for the limited purpose of coordinating resolution of the Pending Objections, enforcing compliance with existing discovery directives, and ensuring that de novo review under Fed. R. Crim. P. 59(b)(3) proceeds on a complete and accurate record.

**IT IS ORDERED**:

1. Adoption of the Report and Recommendation (Doc. 66) is **HELD IN ABEYANCE** pending completion of Court-directed discovery and resolution of any authorized limited supplemental objections.

2. The Government shall comply with the Court's existing discovery orders forthwith and shall file a Notice of Compliance within ten (10) calendar days of this Order.

3. Defendant is **AUTHORIZED** to file Limited Supplemental Objections and Limited Supplemental Exhibits within ten (10) calendar days after the Government's Notice of Compliance, limited to:

   (a) materials produced late or withheld despite Court-directed discovery and Rule 16 obligations; and

   (b) objective, noncumulative record-correction materials bearing on chronology, accuracy of records, and issues already raised in the Pending Objections.

4. Nothing in this Order limits the Court's authority under Fed. R. Crim. P. 59(b)(3) to receive further evidence or return the matter to the Magistrate Judge with instructions.

DATED: _____, 2026

United States District Judge

_____