CODY LIKENS

10065 N. Alder Spring Dr.

Oro Valley, 85737

520-4257415

codylikens1@gmail.com

Defendant, Pro Se



# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, Plaintiff, | Case No. CR25-01354-TUC-AMM(MSA) |
|---|---|
| v. | **NOTICE OF DUE DILIGENCE** |
| Cody Christian Likens Defendant | **(REGARDING OUTSTANDING DISCOVERY)** |

**DEFENDANT'S NOTICE OF DUE DILIGENCE REGARDING OUTSTANDING COURT-ORDERED DISCOVERY AND GOVERNMENT COMPLIANCE**

Defendant Cody Christian Likens, appearing *pro se*, submits this Notice to document diligence regarding outstanding discovery that remains unproduced despite the Court's orders and the Government's continuing disclosure obligations.

1

1. On April 8, 2025, the Court entered an Order enforcing the Government's continuing disclosure obligations under *Fed. R. Crim. P. 5(f)*, *Brady v. Maryland*, 373 U.S. 83 (1963), and controlling Ninth Circuit authority (Doc. 8).

2. On December 16, 2025, the District Judge ordered that discovery be produced forthwith (Doc. 61). On December 19, 2025, the Magistrate Judge likewise issued an order reiterating discovery obligations in connection with the denial of Defendant's request to reopen the evidentiary hearing.

3. Defendant received access to significant digital discovery—including body-worn camera materials—only on or about the same date the Report and Recommendation issued on December 19, 2025. Certain objective materials remain outstanding, including: (a) radio traffic relating to the first October 3 call; (b) dispatch/radio materials necessary to evaluate claimed pre-stop verification and chronology; and (c) objective logs reflecting name/records queries and communications.

4. Defendant contacted the Government on December 28, 2025 seeking completion of the missing discovery referenced above and compliance with the Court's directives. On December 29, 2025, the Government acknowledged receipt of responsive materials and represented that copies were being prepared for Defendant's pickup. On December 30, 2025, the Government further advised that it was in the process of obtaining the radio traffic relating to the first October 3 call from OVPD and had requested an update from the case agent.

5. As of the date of this Notice, Defendant has not received confirmation that the outstanding materials have been produced or made available for pickup, and no itemized compliance filing has been provided.

Defendant submits this Notice solely to document diligence and the status of Government compliance with existing Court orders. Nothing in this Notice is intended to waive, narrow, or forfeit any argument, objection, or request for relief raised in Defendant's pending Rule 59(a) and Rule 59(b) objections, including objections relating to the denial of in camera review, sealing determinations, and the completeness and accuracy of the record.

DATED: January 5th, 2026

Respectfully submitted,

/s/ Cody Christian Likens

Cody Christian Likens

Defendant, Pro Se