1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,              No.        CR-25-01354-001-TUC-AMM
                                            (MSA)
10                   Plaintiff,
                                            **ORDER**
11   v.

12   Cody Christian Likens,

13                   Defendant.

14

15        **IT IS ORDERED** that the status conference in this matter currently set for January

16   13, 2026 at 3:00 p.m. is **RESET** to **January 20, 2026 at 1:00 p.m.** before the Hon. Angela

17   M. Martinez.

18        **IT IS FURTHER ORDERED** that the Government shall file a notice affirming it

19   has completed all disclosure by no later than **January 16, 2026**.

20        Dated this 8th day of January, 2026.

21

22

23                                          _____
                                            Honorable Angela M. Martinez
24                                          United States District Judge

25

26

27

28