CODY CHRISTIAN LIKENS
10065 N. Alder Spring Dr.
Oro Valley, 85737
520-425-7415
codylikens1@gmail.com
**Defendant, Pro Se**



# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, | Case No. CR25-01354-TUC-AMM(MSA) |
| v. | NOTICE OF RECEIPT |
| Cody Christian Likens Defendant | |

**DEFENDANT'S NOTICE OF RECEIPT OF COURT-ORDERED DISCOVERY (AS OF JANUARY 6, 2026)**

Defendant Cody Christian Likens, appearing *pro se*, submits this Notice to update the Court regarding the status of discovery compliance referenced in Defendant's filings dated January 5, 2026, including Defendant's Motion to Clarify Procedural Relief and for Entry of a Coordinating Order and Defendant's Notice of Due Diligence.

1. On **December 16, 2025**, the District Judge entered an order directing that discovery be produced forthwith (Doc. 61), which was docketed on **December 17, 2025**.

2. On **December 19, 2025**, the Magistrate Judge issued an order denying Defendant's request to reopen or expand the evidentiary hearing (Doc. 67), which order also reiterated the Government's discovery obligations, contemporaneously with issuance of the Report and Recommendation (Doc. 66).

3. On **January 6, 2026**, the Government made available and Defendant received additional discovery materials previously identified as outstanding in Defendant's **January 5, 2026** Notice of Due Diligence.

4. Defendant submits this Notice solely to memorialize receipt of the above-referenced discovery and to keep the procedural record current. Defendant expressly reserves all rights and objections previously asserted and further reserves the right to seek leave to file limited supplemental objections and/or exhibits consistent with Defendant's pending Motion to Clarify Procedural Relief and Proposed Coordinating Order.

DATED: January 8th, 2026

Respectfully submitted,

/s/ Cody Christian Likens
Cody Christian Likens

Defendant, Pro Se

CERTIFICATE OF SERVICE

On January 7th, 2026, a true and correct copy of the foregoing was served via CM/ECF or other authorized method upon counsel of record.