TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH J. PRECUP
AUSTIN L. FENWICK
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.precup@usdoj.gov
austin.fenwick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Cody Christian Likens,<br><br>　　　　　　Defendant. | CR No. 25-CR-01354-AMM-MSA<br><br>GOVERNMENT'S DISCLOSURE NOTICE |

　　　　The government has complied with its disclosure obligations in the above case. In the time since the defendant began to represent himself, the government has disclosed Bates 001-143 to the defendant directly, to include the additional radio traffic audio recording mentioned in the Magistrate Judge's December 19, 2025 Order. (Doc. 67 at 2.) A number of disclosure questions are before the Court at this time (Docs. 70, 71, 73); the government has filed responses in opposition to the defendant's related motions and objections. The government will, of course, comply with any resultant court orders regarding disclosure. As this case moves towards trial, the government expects that additional disclosure will become necessary as witness preparation and further investigation take place, and will continue to comply with its obligations.

/ / /

Respectfully submitted this 16th day of January, 2026.

TIMOTHY C. COURCHAINE
United States Attorney
District of Arizona

*s/Sarah J. Precup*
*s/Austin L. Fenwick*

SARAH J. PRECUP
AUSTIN L. FENWICK
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 16th day of January, 2026, to:
All CM/ECF participants.