FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT
1/4/2022 9:54:46 AM

ARIZONA SUPERIOR COURT, PIMA COUNTY

HON. TERESA GODOY

CASE NO.   CR20194437-001

DATE:   January 03, 2022

STATE OF ARIZONA
    Plaintiff,

vs.

CODY CHRISTIAN LIKENS
    Defendant.

## RULING

**CRIMINAL RULING**

    The Court has read and considered the Motion to Designate and Set Aside Conviction, dated November 23, 2021. The Court has reviewed the Court file and notes that the State has not filed a response.

    IT IS THE ORDER OF THE COURT that the motion is GRANTED. Amended count one is designated a class one misdemeanor.

    IT IS HEREBY ORDERED, pursuant to A.R.S. §13-905, that the judgment of guilt in the defendant's case be, and hereby is, set aside.

    IT IS FURTHER ORDERED that the charges against the defendant be, and hereby are, dismissed and that the defendant be, and hereby is, released from all penalties and disabilities resulting from the conviction other that those imposed by the Department of Transportation pursuant to A.R. S. §28-3304, 28-3305, 28-3306, 28-3307, 28-3308, 28-3312, or 28-3319 except that the conviction may be used as a conviction if such conviction would be admissible had it not been set aside and may be pleaded and proved in any subsequent prosecution of the defendant by the State or any of its subdivisions for any offense or used by the Department of Transportation in enforcing the provisions of A.R.S. §28-3304, 28-3305, 28-3306, 28-3307, 28-3308, 28-3312, or 28-3319 as if the judgment of guilt had not been set aside.

    IT IS FURTHER ORDERED that a Certificate of Second Chance is ordered pursuant to A.R.S. §13-905(K).

Kim Sanchez
Judicial Administrative Assistant

*Exhibit B* (handwritten)

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT
3/11/2025 11:30:00 AM
By: J. Baray

ARIZONA SUPERIOR COURT, PIMA COUNTY

| | |
|---|---|
| HON. SCOTT MCDONALD | CASE NO.   CR20244257-001 |
| | CR20244258-001 |
| COURT REPORTER:  Ellen Colonna | DATE:   March 05, 2025 |
| Courtroom - 472 | |
| STATE OF ARIZONA | Kendrick A. Wilson, Esq. for CPB 4 CES |
| | counsel for State |
| V. | |
| CODY CHRISTIAN LIKENS | Richard C. Bock, Esq. |
| Defendant | counsel for Defendant |

## MINUTE ENTRY

**PRETRIAL CONFERENCE /** *DONALD* **HEARING / CHANGE OF PLEA / COURT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant present, out of custody.

The Court and counsel confer regarding the status of the cases and the Defendant's release conditions.

For reasons stated on the record,

IT IS ORDERED that the Defendant's conditions of release are affirmed.

At the request of defense counsel and there being no objection,

IT IS ORDERED that the Pretrial Conference/*Donald* Hearing/Change of Plea set this date in both matters is continued to March 11, 2025, at 9:00 AM, in Division 29.


cc:   Hon. Scott McDonald
      Richard C Bock, Esq.
      County Attorney - CPB4 - CES
      Pretrial Services


J. Baray
Deputy Clerk

*EXHIBIT C*

# APPEARANCE ORDER WITH RELEASE CONDITIONS – COURTS OF PIMA COUNTY, ARIZONA

| State of Arizona vs. LIKENS, CODY CHRISTIAN | | CASE NO. CR24-012989-FE IC |
|---|---|---|
| **Citation #s and or Docket #s:** | **Charges:** (Cargos)<br>13-3102A4 X3  **Bond:** (Fianza) | **Agency #s:**<br>BN# 241003086<br>OP V24100125<br>PCSD Number 1832454 |
| **YOUR NEXT DATE IS:**<br>SU PROXIMA CITA EN EL TRIBUNAL:<br><br>INTERPRETER NEEDED: | **YOUR COURT IS:**<br>Pima County Justice Court<br>240 N Stone Ave<br>Tucson, AZ 85701<br>520-724-3171 | **YOUR NEXT EVENT IS:** |

**ORDER:**  ☐ Quash Warrant  ☐ Assign to Judge:

☐ Enhanced P.T.S. Supervision  ☐ Rights Invoked  ☐ Consolidate Civils

YOUR ORDERS INCLUDE THE STANDARD CONDITIONS OF RELEASE (see attached) AND THOSE LISTED BELOW:

1) DISMISS WITHOUT PREJUDICE / NO PC

CR24-012989-FE

I WILL COMPLY WITH ALL MY RELEASE CONDITIONS. I KNOW IF I VOLUNTARILY FAIL TO APPEAR, EVEN IF DEPORTED, THE TRIAL AND OTHER PROCEEDINGS MAY CONTINUE, ANY BOND MAY BE FORFEITED AND A WARRANT MAY ISSUE FOR MY ARREST. IF I AM DEPORTED, I KNOW IT MAY BE POSSIBLE TO GET PAPERS TO TEMPORARILY RE-ENTER THE U.S. I KNOW IT IS MY OBLIGATION TO MAINTAIN CONTACT WITH MY LAWYER IN THIS CASE FROM OUTSIDE THE U.S. IT IS MY RESPONSIBILITY TO ATTEMPT TO ARRANGE RE-ENTRY TO BE PRESENT AT MY TRIAL. I KNOW IT IS NOT AN OBLIGATION OF THE STATE OF ARIZONA TO GET THE PAPERS AND THE PAPERS ARE ISSUED AT THE DISCRETION OF THE U.S. FEDERAL GOVERNMENT. (CUMPLIRE CON TODAS MIS CONDICIONES DE LIBERTAD. SE QUE SI NO COMPAREZCO VOLUNTARIAMENTE, AUNQUE SE ME HAYA DEPORTADO, EL JUICIO Y OTRAS DILIGENCIAS SE PUEDEN LLEVAR A CABO EN MI AUSENCIA, QUE SE PUEDE DECOMISAR CUALQUIER FIANZA PAGADA Y QUE SE PUEDE EMITIR UNA ORDEN PARA MI ARRESTO. SI SOY DEPORTADO, SE QUE TAL VEZ SEA POSIBLE RECIBIR DOCUMENTACION QUE ME PERMITA REGRESAR PROVISIONALMENTE A LOS ESTADOS UNIDOS. ACEPTO QUE SI ESTOY FUERA DEL PAIS QUE ES OBLIGACION MIA MANTENER CONTACTO CON MI ABOGADO EN CUANTO A MI CASO. RECONOZCO QUE ES MI OBLIGACION HACER LOS ARREGLOS PARA MI REINGRESO PARA ESTAR PRESENTE EN MI JUICIO. YO SE QUE NO ES UNA OBLIGACION DEL ESTADO DE AREZONA DE DARME ESTA DOCUMENTACION PROVISIONAL Y QUE LA DECISION SI OTORGAR DICHA DOCUMENTACION ES AL CRITERIO ABSOLUTO DEL GOBIERNO FEDERAL.)

| Defendant's Signature (Firma) | Address (Direccion) | Zip Code (Zona Postal) | Phone# (Telefono) |
|---|---|---|---|
| *[signature]* | Michelle Metzger | Oct 4 2024 10:11AM | |
| Judge/Releasing Authority<br>Jlr-sc (0810) | | Date | |

```
07/25/25                      Oro Valley Police Department                           32028
15:46                            Main Radio Log Table                        Page:     1

BY DATE/TIME W/CALL# & DESCRIP:

 TIME/DATE OF ENTRY   UNIT #   STAT    Zone    call ID
 ------------------   ------   -----   -----   ---------   -------------------------------
 07:27:39 02/12/2024  V225     DAINQ   OV2     8294093     last=likens first=cody dob=0
 01:38:37 02/20/2024  V316     DAINQ   OV1     8301908     last=likens first=cody mid=c
 01:40:37 02/20/2024  V316     NMINQ   OV1     8301908     MDC: name=LIKENS, CODY dob=0
 01:40:38 02/20/2024  V316     27      OV1     8301908     MDC: name=LIKENS, CODY dob=0
 08:00:48 03/13/2024  V236     27      OVTRA   8323961     MDC: name=LIKENS, CODY CHRIS
 08:00:49 03/13/2024  V236     NMINQ   OVTRA   8323961     MDC: name=LIKENS, CODY CHRIS
 08:21:21 03/13/2024  V236     27      OVTRA   8323961     MDC: name=LIKENS, CODY CHRIS
 08:21:22 03/13/2024  V236     NMINQ   OVTRA   8323961     MDC: name=LIKENS, CODY CHRIS
 15:59:11 04/17/2024  V276     27      OVTRA   8358129     MDC: name=LIKENS, CODY CHRIS
 15:59:12 04/17/2024  V276     NMINQ   OVTRA   8358129     MDC: name=LIKENS, CODY CHRIS
 07:54:36 04/23/2024  V236     27      OVTRA   8363810     MDC: name=LIKENS, CODY CHRIS
 07:54:37 04/23/2024  V236     NMINQ   OVTRA   8363810     MDC: name=LIKENS, CODY CHRIS
 19:09:10 06/06/2024  V327     27      OVAL                MDC: name=LIKENS, CODY CHRIS
 19:09:11 06/06/2024  V327     NMINQ   OVAL                MDC: name=LIKENS, CODY CHRIS
 12:29:39 06/13/2024  V277     NMINQ   OVADM               MDC: name=LIKENS, CODY
 12:29:40 06/13/2024  V277     27      OVADM               MDC: name=LIKENS, CODY
 07:52:34 07/05/2024  V306     27      OV2                 MDC: name=LIKENS, CODY CHRIS
 07:52:35 07/05/2024  V306     NMINQ   OV2                 MDC: name=LIKENS, CODY CHRIS
 07:54:39 07/05/2024  V306     NMINQ   OV2                 MDC: name=LIKENS, CODY CHRIS
 07:54:40 07/05/2024  V306     27      OV2                 MDC: name=LIKENS, CODY CHRIS
 09:48:30 08/07/2024  V256     NMINQ   OVTRA               MDC: name=LIKENS, CODY
 09:48:31 08/07/2024  V256     27      OVTRA               MDC: name=LIKENS, CODY
 19:55:02 09/03/2024  V277     NMINQ   OVADM               MDC: name=LIKENS, CODY
 19:55:03 09/03/2024  V277     27      OVADM               MDC: name=LIKENS, CODY
 14:14:11 09/05/2024  V277     NMINQ   OVADM               MDC: name=LIKENS, CODY
 14:14:12 09/05/2024  V277     27      OVADM               MDC: name=LIKENS, CODY
 14:14:21 09/05/2024  V277     27      OVADM               MDC: name=LIKENS, CODY dob=0
 14:14:22 09/05/2024  V277     NMINQ   OVADM               MDC: name=LIKENS, CODY dob=0
 14:38:54 09/05/2024  V282     NMINQ   OVADM               MDC: name=LIKENS, CODY
 14:38:55 09/05/2024  V282     27      OVADM               MDC: name=LIKENS, CODY
 15:02:03 09/05/2024  V216     NMINQ   OVADM               MDC: name=LIKENS, CODY
 15:02:04 09/05/2024  V216     27      OVADM               MDC: name=LIKENS, CODY
 15:06:18 09/05/2024  V216     NMINQ   OVADM               MDC: name=LIKENS, CODY
 15:06:19 09/05/2024  V216     27      OVADM               MDC: name=LIKENS, CODY
 12:45:08 09/11/2024  V256     NMINQ   OVADM               MDC: name=LIKENS, CODY
 12:45:09 09/11/2024  V256     27      OVADM               MDC: name=LIKENS, CODY
 14:57:23 09/26/2024  V216     NMINQ   OVADM               MDC: name=LIKENS, CODY
 14:57:24 09/26/2024  V216     27      OVADM               MDC: name=LIKENS, CODY
 15:48:51 09/26/2024  V216     NMINQ   OVADM               MDC: name=LIKENS, CODY
 15:48:52 09/26/2024  V216     27      OVADM               MDC: name=LIKENS, CODY
 16:16:37 09/28/2024  V287     NMINQ   OVK9                MDC: name=LIKENS, CODY
 16:16:38 09/28/2024  V287     27      OVK9                MDC: name=LIKENS, CODY
 16:16:56 09/28/2024  V287     27      OVK9                MDC: name=LIKENS, CODY CHRIS
 16:16:57 09/28/2024  V287     NMINQ   OVK9                MDC: name=LIKENS, CODY CHRIS
 07:59:13 10/01/2024  V216     NMINQ   OVADM               MDC: name=LIKENS, CODY
 07:59:14 10/01/2024  V216     27      OVADM               MDC: name=LIKENS, CODY
 16:55:04 10/01/2024  V292     NMINQ   OVK9                MDC: name=LIKENS, CODY
 16:55:05 10/01/2024  V292     27      OVK9                MDC: name=LIKENS, CODY
 16:55:28 10/01/2024  V292     27      OVK9                MDC: name=LIKENS, CODY CHRIS
 16:55:29 10/01/2024  V292     NMINQ   OVK9                MDC: name=LIKENS, CODY CHRIS
 14:42:31 10/03/2024  V216     NMINQ   OVADM               MDC: name=LIKENS, CODY
 14:42:32 10/03/2024  V216     27      OVADM               MDC: name=LIKENS, CODY
 16:35:30 10/03/2024  V277     NMINQ   OVADM               MDC: name=LIKENS, CODY
```

```
07/25/25                   Oro Valley Police Department                      32028
15:46                         Main Radio Log Table                    Page:     2

BY DATE/TIME W/CALL# & DESCRIP:

  TIME/DATE OF ENTRY UNIT #   STAT   Zone    call ID
  ------------------ ------   -----  -----   ---------  ------------------------
  16:35:31 10/03/2024 V277    27     OVADM              MDC: name=LIKENS, CODY
  18:59:59 10/03/2024 V307    27     OVAL               MDC: name=LIKENS, CODY CHRIS
  19:00:00 10/03/2024 V307    NMINQ  OVAL               MDC: name=LIKENS, CODY CHRIS
  19:00:38 10/03/2024 V261    NMINQ  OVSGT              MDC: name=LIKENS, CODY
  19:00:39 10/03/2024 V261    27     OVSGT              MDC: name=LIKENS, CODY
  19:01:13 10/03/2024 V269    27     OVAL               MDC: name=LIKENS, CODY CHRIS
  19:01:14 10/03/2024 V269    NMINQ  OVAL               MDC: name=LIKENS, CODY CHRIS
  19:02:51 10/03/2024 V322    27     OV2     8529002    MDC: name=LIKENS, CODY CHRIS
  19:02:52 10/03/2024 V322    NMINQ  OV2     8529002    MDC: name=LIKENS, CODY CHRIS
  21:49:38 10/03/2024 V276    27     OVTRA   8529126    MDC: name=LIKENS, CODY CHRIS
  21:49:39 10/03/2024 V276    NMINQ  OVTRA   8529126    MDC: name=LIKENS, CODY CHRIS
  21:50:27 10/03/2024 V329    27     OV34               MDC: name=LIKENS, CODY CHRIS
  21:50:28 10/03/2024 V329    NMINQ  OV34               MDC: name=LIKENS, CODY CHRIS
  13:16:09 10/04/2024 V216    NMINQ  OVADM              MDC: name=LIKENS, CODY
  13:16:10 10/04/2024 V216    27     OVADM              MDC: name=LIKENS, CODY
  18:03:53 10/04/2024 V263    NMINQ  OVADM              MDC: name=LIKENS, CODY
  18:03:54 10/04/2024 V263    27     OVADM              MDC: name=LIKENS, CODY
  10:50:07 10/07/2024 V241    NMINQ  OVADM              MDC: name=LIKENS, CODY
  10:50:08 10/07/2024 V241    27     OVADM              MDC: name=LIKENS, CODY
  11:09:22 10/07/2024 V313    NMINQ  OV34               MDC: name=LIKENS, CODY
  11:09:23 10/07/2024 V313    27     OV34               MDC: name=LIKENS, CODY
  14:34:18 10/07/2024 V261    NMINQ  OVSGT              MDC: name=LIKENS, CODY
  14:34:19 10/07/2024 V261    27     OVSGT              MDC: name=LIKENS, CODY
  12:38:47 10/08/2024 V282    NMINQ  OVADM              MDC: name=LIKENS, CODY
  12:38:48 10/08/2024 V282    27     OVADM              MDC: name=LIKENS, CODY
  17:29:10 10/13/2024 V327    NMINQ  OV2                MDC: name=LIKENS, CODY
  17:29:11 10/13/2024 V327    27     OV2                MDC: name=LIKENS, CODY
  17:29:18 10/13/2024 V327    27     OV2                MDC: name=LIKENS, CODY CHRIS
  17:29:19 10/13/2024 V327    NMINQ  OV2                MDC: name=LIKENS, CODY CHRIS
  17:35:59 10/13/2024 V327    NMINQ  OV2                MDC: name=LIKENS, CODY
  17:36:00 10/13/2024 V327    27     OV2                MDC: name=LIKENS, CODY
  10:29:58 10/14/2024 V216    NMINQ  OVADM              MDC: name=LIKENS, CODY
  10:29:59 10/14/2024 V216    27     OVADM              MDC: name=LIKENS, CODY
  10:04:19 10/15/2024 V189    NMINQ  OV2                MDC: name=LIKENS, CODY
  10:04:20 10/15/2024 V189    27     OV2                MDC: name=LIKENS, CODY
  20:37:00 10/15/2024 V277    NMINQ  OVADM              MDC: name=LIKENS, CODY
  20:37:01 10/15/2024 V277    27     OVADM              MDC: name=LIKENS, CODY
  16:10:47 10/17/2024 V263    27     OVADM              MDC: name=LIKENS, CODY CHRIS
  16:10:48 10/17/2024 V263    NMINQ  OVADM              MDC: name=LIKENS, CODY CHRIS
  16:12:31 10/17/2024 V263    NMINQ  OVADM              MDC: name=LIKENS, CODY CHRIS
  16:12:32 10/17/2024 V263    27     OVADM              MDC: name=LIKENS, CODY CHRIS
  16:12:45 10/17/2024 V277    NMINQ  OVADM              MDC: name=LIKENS, CODY
  16:12:46 10/17/2024 V277    27     OVADM              MDC: name=LIKENS, CODY
  16:13:01 10/17/2024 V277    27     OVADM              MDC: name=LIKENS, CODY dob=0
  16:13:02 10/17/2024 V277    NMINQ  OVADM              MDC: name=LIKENS, CODY dob=0
  16:30:21 10/17/2024 V269    NMINQ  OVAL               MDC: name=LIKENS, CODY
  16:30:22 10/17/2024 V269    27     OVAL               MDC: name=LIKENS, CODY
  16:30:40 10/17/2024 V269    27     OVAL               MDC: name=LIKENS, CODY CHRIS
  16:30:41 10/17/2024 V269    NMINQ  OVAL               MDC: name=LIKENS, CODY CHRIS
  16:37:03 10/17/2024 V276    NMINQ  OVTRA   8542522    MDC: name=LIKENS, CODY
  16:37:04 10/17/2024 V276    27     OVTRA   8542522    MDC: name=LIKENS, CODY
  16:47:16 10/17/2024 V269    27     OVAL    8542536    MDC: name=LIKENS, CODY CHRIS
  16:47:17 10/17/2024 V269    NMINQ  OVAL    8542536    MDC: name=LIKENS, CODY CHRIS
```

```
07/25/25                    Oro Valley Police Department                    32028
15:46                         Main Radio Log Table                   Page:     3

BY DATE/TIME W/CALL# & DESCRIP:

   TIME/DATE OF ENTRY  UNIT #   STAT    Zone    call ID
   ------------------  ------  ------  -----  ---------  ------------------------------
   19:43:20 10/17/2024 V276    NMINQ   OVTRA             MDC: name=LIKENS, CODY
   19:43:21 10/17/2024 V276    27      OVTRA             MDC: name=LIKENS, CODY
   15:46:10 10/22/2024 V277    NMINQ   OVADM             MDC: name=LIKENS, CODY
   15:46:11 10/22/2024 V277    27      OVADM             MDC: name=LIKENS, CODY
   10:49:51 10/28/2024 V270    NMINQ   OVADM             MDC: name=LIKENS, CODY
   10:49:52 10/28/2024 V270    27      OVADM             MDC: name=LIKENS, CODY
   16:57:02 10/28/2024 V235    NMINQ   OVSG              MDC: name=LIKENS, CODY
   16:57:03 10/28/2024 V235    27      OVSG              MDC: name=LIKENS, CODY
   09:56:47 10/29/2024 V237    NMINQ   OVADM             MDC: name=LIKENS, CODY
   09:56:48 10/29/2024 V237    27      OVADM             MDC: name=LIKENS, CODY
   09:30:05 10/30/2024 V265    NMINQ   OVAL              MDC: name=LIKENS, CODY
   09:30:06 10/30/2024 V265    27      OVAL              MDC: name=LIKENS, CODY
   09:43:37 10/30/2024 V237    NMINQ   OVADM             MDC: name=LIKENS, CODY
   09:43:38 10/30/2024 V237    27      OVADM             MDC: name=LIKENS, CODY
   02:44:55 11/01/2024 V316    27      OVDUI             MDC: name=LIKENS, CODY CHRIS
   02:44:56 11/01/2024 V316    NMINQ   OVDUI             MDC: name=LIKENS, CODY CHRIS
   12:41:00 11/05/2024 V277    NMINQ   OVADM             MDC: name=LIKENS, CODY
   12:41:01 11/05/2024 V277    27      OVADM             MDC: name=LIKENS, CODY
   14:39:33 11/05/2024 V216    NMINQ   OVADM             MDC: name=LIKENS, CODY
   14:39:34 11/05/2024 V216    27      OVADM             MDC: name=LIKENS, CODY
   05:48:39 11/06/2024 V237    NMINQ   OVADM             MDC: name=LIKENS, CODY
   05:48:40 11/06/2024 V237    27      OVADM             MDC: name=LIKENS, CODY
   05:54:03 11/06/2024 V237    NMINQ   OVADM             MDC: name=LIKENS, CODY CHRIS
   05:54:04 11/06/2024 V237    27      OVADM             MDC: name=LIKENS, CODY CHRIS
   08:13:17 11/07/2024 V237    NMINQ   OVSG              MDC: name=LIKENS, CODY
   08:13:18 11/07/2024 V237    27      OVSG              MDC: name=LIKENS, CODY
   12:47:14 11/07/2024 V216    NMINQ   OVADM             MDC: name=LIKENS, CODY
   12:47:15 11/07/2024 V216    27      OVADM             MDC: name=LIKENS, CODY
   13:37:24 11/07/2024 V216    NMINQ   OVADM             MDC: name=LIKENS, CODY
   13:37:25 11/07/2024 V216    27      OVADM             MDC: name=LIKENS, CODY
   11:33:45 11/10/2024 V251    NMINQ   OV4               MDC: name=LIKENS, CODY
   11:33:46 11/10/2024 V251    27      OV4               MDC: name=LIKENS, CODY
   14:37:30 11/22/2024 V277    NMINQ   OVADM             MDC: name=LIKENS, CODY
   14:37:31 11/22/2024 V277    27      OVADM             MDC: name=LIKENS, CODY
   06:37:17 11/30/2024 V225    NMINQ   OVAL              MDC: name=LIKENS, CODY
   06:37:18 11/30/2024 V225    27      OVAL              MDC: name=LIKENS, CODY
   06:39:22 11/30/2024 V225    NMINQ   OVAL              MDC: name=LIKENS, CODY dob=0
   06:39:23 11/30/2024 V225    27      OVAL              MDC: name=LIKENS, CODY dob=0
   04:49:48 12/09/2024 V316    NMINQ   OV3               MDC: name=LIKENS, CODY CHRIS
   04:49:49 12/09/2024 V316    27      OV3               MDC: name=LIKENS, CODY CHRIS
   13:17:36 12/12/2024 V242    NMINQ   OVADM             MDC: name=LIKENS, CODY
   13:17:37 12/12/2024 V242    27      OVADM             MDC: name=LIKENS, CODY
   22:48:06 12/18/2024 V307    27      OV34              MDC: name=LIKENS, CODY CHRIS
   22:48:07 12/18/2024 V307    NMINQ   OV34              MDC: name=LIKENS, CODY CHRIS
   10:55:10 01/08/2025 V237    NMINQ   OVADM             MDC: name=LIKENS, CODY
   10:55:11 01/08/2025 V237    27      OVADM             MDC: name=LIKENS, CODY
   12:46:41 01/08/2025 V277    NMINQ   OVADM             MDC: name=LIKENS, CODY
   12:46:42 01/08/2025 V277    27      OVADM             MDC: name=LIKENS, CODY
   22:38:50 01/23/2025 V316    NMINQ   OVSG              MDC: name=LIKENS, CODY CHRIS
   22:38:51 01/23/2025 V316    27      OVSG              MDC: name=LIKENS, CODY CHRIS
   22:25:00 01/31/2025 V316    NMINQ   OV34              MDC: name=LIKENS, CODY CHRIS
   22:25:01 01/31/2025 V316    27      OV34              MDC: name=LIKENS, CODY CHRIS
   10:13:20 02/07/2025 V256    NMINQ   OVAL              MDC: name=LIKENS, CODY
```

```
07/25/25                    Oro Valley Police Department                         32028
15:46                          Main Radio Log Table                       Page:     4

BY DATE/TIME W/CALL# & DESCRIP:

   TIME/DATE OF ENTRY UNIT #   STAT   Zone    call ID
   ------------------ ------   -----  -----   ---------    -----------------------------
   10:13:21 02/07/2025 V256    27     OVAL                 MDC: name=LIKENS, CODY
   10:20:55 02/07/2025 V256    27     OVAL                 MDC: name=LIKENS, CODY CHRIS
   10:20:56 02/07/2025 V256    NMINQ  OVAL                 MDC: name=LIKENS, CODY CHRIS
   12:01:28 03/05/2025 V241    NMINQ  OVLT                 MDC: name=LIKENS, CODY
   12:01:29 03/05/2025 V241    27     OVLT                 MDC: name=LIKENS, CODY
   13:06:33 03/05/2025 V268    NMINQ  OVADM                MDC: name=LIKENS, CODY
   13:06:34 03/05/2025 V268    27     OVADM                MDC: name=LIKENS, CODY
   12:39:24 03/06/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   12:39:25 03/06/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   12:39:34 03/06/2025 V277    27     OVADM                MDC: name=LIKENS, CODY CHRIS
   12:39:35 03/06/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
   13:21:25 03/06/2025 V216    NMINQ  OVADM                MDC: name=LIKENS, CODY
   13:21:26 03/06/2025 V216    27     OVADM                MDC: name=LIKENS, CODY
   13:21:43 03/06/2025 V216    27     OVADM                MDC: name=LIKENS, CODY CHRIS
   13:21:44 03/06/2025 V216    NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
   13:38:46 03/06/2025 V277    27     OVADM                MDC: name=LIKENS, CODY CHRIS
   13:38:47 03/06/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
   18:16:22 03/06/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   18:16:23 03/06/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   18:16:32 03/06/2025 V277    27     OVADM                MDC: name=LIKENS, CODY CHRIS
   18:16:33 03/06/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
   09:42:57 03/10/2025 V216    NMINQ  OVADM                MDC: name=LIKENS, CODY
   09:42:58 03/10/2025 V216    27     OVADM                MDC: name=LIKENS, CODY
   09:43:19 03/10/2025 V216    27     OVADM                MDC: name=LIKENS, CODY CHRIS
   09:43:20 03/10/2025 V216    NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
   18:59:40 03/11/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   18:59:41 03/11/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   18:59:49 03/11/2025 V277    27     OVADM                MDC: name=LIKENS, CODY CHRIS
   18:59:50 03/11/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
   13:55:22 03/18/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   13:55:23 03/18/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   13:55:31 03/18/2025 V277    27     OVADM                MDC: name=LIKENS, CODY CHRIS
   13:55:32 03/18/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
   08:52:55 03/20/2025 V242    NMINQ  OVADM                MDC: name=LIKENS, CODY
   08:52:56 03/20/2025 V242    27     OVADM                MDC: name=LIKENS, CODY
   13:22:48 03/21/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   13:22:49 03/21/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   13:23:01 03/21/2025 V277    27     OVADM                MDC: name=LIKENS, CODY CHRIS
   13:23:02 03/21/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
   14:19:07 03/21/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   14:19:08 03/21/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   17:02:51 03/21/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   17:02:52 03/21/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   20:14:28 03/27/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   20:14:29 03/27/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   10:35:33 04/03/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   10:35:34 04/03/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   14:10:17 04/03/2025 V277    NMINQ  OVADM                MDC: name=LIKENS, CODY
   14:10:18 04/03/2025 V277    27     OVADM                MDC: name=LIKENS, CODY
   12:56:57 04/04/2025 V216    NMINQ  OVSG                 MDC: name=LIKENS, CODY
   12:56:58 04/04/2025 V216    27     OVSG                 MDC: name=LIKENS, CODY
   12:57:05 04/04/2025 V216    27     OVSG                 MDC: name=LIKENS, CODY CHRIS
   12:57:06 04/04/2025 V216    NMINQ  OVSG                 MDC: name=LIKENS, CODY CHRIS
```

```
07/25/25                    Oro Valley Police Department                          32028
15:46                         Main Radio Log Table                       Page:        5

BY DATE/TIME W/CALL# & DESCRIP:

  TIME/DATE OF ENTRY  UNIT #   STAT   Zone    call ID
  ------------------- -------  -----  -----   ----------    ------------------------------
  13:00:27 04/04/2025 V277     NMINQ  OVADM                 MDC: name=LIKENS, CODY
  13:00:28 04/04/2025 V277     27     OVADM                 MDC: name=LIKENS, CODY
  14:30:58 04/04/2025 V277     NMINQ  OVADM                 MDC: name=LIKENS, CODY
  14:30:59 04/04/2025 V277     27     OVADM                 MDC: name=LIKENS, CODY
  15:20:02 04/04/2025 V225     NMINQ  OVAL                  MDC: name=LIKENS, CODY
  15:20:03 04/04/2025 V225     27     OVAL                  MDC: name=LIKENS, CODY
  15:20:03 04/04/2025 V304     NMINQ  OV12                  MDC: name=LIKENS, CODY
  15:20:04 04/04/2025 V304     27     OV12                  MDC: name=LIKENS, CODY
  15:20:20 04/04/2025 V216     43     OVADM                 whit ford pu oracle & mounta
  15:20:35 04/04/2025 V225     NMINQ  OVAL                  MDC: name=LIKENS, CODY dob=0
  15:20:36 04/04/2025 V225     27     OVAL                  MDC: name=LIKENS, CODY dob=0
  15:23:48 04/04/2025 V268     27     OVADM                 MDC: name=LIKENS, CODY CHRIS
  15:23:49 04/04/2025 V268     NMINQ  OVADM                 MDC: name=LIKENS, CODY CHRIS
  15:28:02 04/04/2025 V216     43     OVADM                 cody likens 1088 ATL'd to DP
  15:56:30 04/04/2025 V327     NMINQ  OVADM                 MDC: name=LIKENS, CODY
  15:56:31 04/04/2025 V327     27     OVADM                 MDC: name=LIKENS, CODY
  15:56:45 04/04/2025 V327     NMINQ  OVADM                 MDC: name=LIKENS, CODY CHRIS
  15:56:46 04/04/2025 V327     27     OVADM                 MDC: name=LIKENS, CODY CHRIS
  16:07:38 04/04/2025 V277     NMINQ  OVADM                 MDC: name=LIKENS, CODY
  16:07:39 04/04/2025 V277     27     OVADM                 MDC: name=LIKENS, CODY
  05:47:16 04/05/2025 V325     NMINQ  OV34                  MDC: name=LIKENS, CODY
  05:47:17 04/05/2025 V325     27     OV34                  MDC: name=LIKENS, CODY
  05:51:21 04/05/2025 V325     NMINQ  OV34                  MDC: name=LIKENS, CODY dob=0
  05:51:22 04/05/2025 V325     27     OV34                  MDC: name=LIKENS, CODY dob=0
  05:52:22 04/05/2025 V325     NMINQ  OV34                  MDC: name=LIKENS, CODY dob=0
  05:52:23 04/05/2025 V325     27     OV34                  MDC: name=LIKENS, CODY dob=0
  06:08:56 04/05/2025 V287     27     OVSGT                 MDC: name=LIKENS, CODY CHRIS
  06:08:57 04/05/2025 V287     NMINQ  OVSGT                 MDC: name=LIKENS, CODY CHRIS
  07:41:52 04/05/2025 V315     NMINQ  OV34                  MDC: name=LIKENS, CODY
  07:41:53 04/05/2025 V315     27     OV34                  MDC: name=LIKENS, CODY
  07:47:47 04/05/2025 V313     NMINQ  OV12                  MDC: name=LIKENS, CODY
  07:47:48 04/05/2025 V313     27     OV12                  MDC: name=LIKENS, CODY
  07:49:38 04/05/2025 V313     NMINQ  OV12                  MDC: name=LIKENS, CODY dl=D0
  07:49:39 04/05/2025 V313     27     OV12                  MDC: name=LIKENS, CODY dl=D0
  07:50:36 04/05/2025 V313     NMINQ  OV12                  MDC: name=LIKENS, CODY CHRIS
  07:50:37 04/05/2025 V313     27     OV12                  MDC: name=LIKENS, CODY CHRIS
  07:57:26 04/05/2025 V304     NMINQ  OV34                  MDC: name=LIKENS, CODY
  07:57:27 04/05/2025 V304     27     OV34                  MDC: name=LIKENS, CODY
  08:20:51 04/05/2025 V225     NMINQ  OVAL                  MDC: name=LIKENS, CODY
  08:20:52 04/05/2025 V225     27     OVAL                  MDC: name=LIKENS, CODY
  08:21:28 04/05/2025 V225     NMINQ  OVAL                  MDC: name=LIKENS, CODY dob=0
  08:21:29 04/05/2025 V225     27     OVAL                  MDC: name=LIKENS, CODY dob=0
  10:56:34 04/05/2025 V304     NMINQ  OV34                  MDC: name=LIKENS, CODY
  10:56:35 04/05/2025 V304     27     OV34                  MDC: name=LIKENS, CODY
  13:32:45 04/05/2025 V322     27     OV2                   MDC: name=LIKENS, CODY CHRIS
  13:32:46 04/05/2025 V322     NMINQ  OV2                   MDC: name=LIKENS, CODY CHRIS
  13:32:53 04/05/2025 V322     27     OV2                   MDC: name=LIKENS, CODY CHRIS
  13:32:54 04/05/2025 V322     NMINQ  OV2                   MDC: name=LIKENS, CODY CHRIS
  14:04:17 04/05/2025 V304     NMINQ  OV34                  MDC: name=LIKENS, CODY
  14:04:18 04/05/2025 V304     27     OV34                  MDC: name=LIKENS, CODY
  14:06:18 04/05/2025 V282     NMINQ  OVAL                  MDC: name=LIKENS, CODY
  14:06:19 04/05/2025 V282     27     OVAL                  MDC: name=LIKENS, CODY
  14:11:56 04/05/2025 V287     NMINQ  OVSGT                 MDC: name=LIKENS, CODY
```

```
07/25/25                       Oro Valley Police Department                               32028
15:46                            Main Radio Log Table                          Page:      6

BY DATE/TIME W/CALL# & DESCRIP:

  TIME/DATE OF ENTRY UNIT #    STAT   Zone    call ID
  ------------------ ------    -----  -----   ---------    -------------------------------
  14:11:57 04/05/2025 V287     27     OVSGT                MDC: name=LIKENS, CODY
  14:13:56 04/05/2025 V287     27     OVSGT                MDC: name=LIKENS, CODY CHRIS
  14:13:57 04/05/2025 V287     NMINQ  OVSGT                MDC: name=LIKENS, CODY CHRIS
  14:24:54 04/05/2025 V312     NMINQ  OVAL                 MDC: name=LIKENS, CODY dob=0
  14:24:55 04/05/2025 V312     27     OVAL                 MDC: name=LIKENS, CODY dob=0
  17:53:11 04/05/2025 V302     NMINQ  OVDUI                MDC: name=LIKENS, CODY
  17:53:12 04/05/2025 V302     27     OVDUI                MDC: name=LIKENS, CODY
  17:53:56 04/05/2025 V302     27     OVDUI                MDC: name=LIKENS, CODY CHRIS
  17:53:57 04/05/2025 V302     NMINQ  OVDUI                MDC: name=LIKENS, CODY CHRIS
  10:49:28 04/06/2025 V225     NMINQ  OVAL                 MDC: name=LIKENS, CODY
  10:49:29 04/06/2025 V225     27     OVAL                 MDC: name=LIKENS, CODY
  10:50:07 04/06/2025 V225     27     OVAL                 MDC: name=LIKENS, CODY CHRIS
  10:50:08 04/06/2025 V225     NMINQ  OVAL                 MDC: name=LIKENS, CODY CHRIS
  18:02:04 04/06/2025 V335     NMINQ  OVAL                 MDC: name=LIKENS, CODY
  18:02:05 04/06/2025 V335     27     OVAL                 MDC: name=LIKENS, CODY
  18:06:54 04/06/2025 V278     DAINQ  OVADM                last=likens first=cody dob=0
  18:08:07 04/06/2025 V277     NMINQ  OVADM                MDC: name=LIKENS, CODY
  18:08:08 04/06/2025 V277     27     OVADM                MDC: name=LIKENS, CODY
  20:15:59 04/06/2025 V302     NMINQ  OVDUI                MDC: name=LIKENS, CODY
  20:16:00 04/06/2025 V302     27     OVDUI                MDC: name=LIKENS, CODY
  20:16:38 04/06/2025 V322     27     OVAL                 MDC: name=LIKENS, CODY CHRIS
  20:16:39 04/06/2025 V322     NMINQ  OVAL                 MDC: name=LIKENS, CODY CHRIS
  20:16:58 04/06/2025 V302     27     OVDUI                MDC: name=LIKENS, CODY CHRIS
  20:16:59 04/06/2025 V302     NMINQ  OVDUI                MDC: name=LIKENS, CODY CHRIS
  20:18:16 04/06/2025 V303     NMINQ  OV3                  MDC: name=LIKENS, CODY
  20:18:17 04/06/2025 V303     27     OV3                  MDC: name=LIKENS, CODY
  23:21:01 04/06/2025 V297     NMINQ  OVADM                MDC: name=LIKENS, CODY
  23:21:02 04/06/2025 V297     27     OVADM                MDC: name=LIKENS, CODY
  23:24:08 04/06/2025 V297     27     OVADM                MDC: name=LIKENS, CODY CHRIS
  23:24:09 04/06/2025 V297     NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
  23:37:44 04/06/2025 V303     27     OV12                 MDC: name=LIKENS, CODY CHRIS
  23:37:45 04/06/2025 V303     NMINQ  OV12                 MDC: name=LIKENS, CODY CHRIS
  00:44:27 04/07/2025 V329     27     OV3                  MDC: name=LIKENS, CODY dob=0
  00:44:28 04/07/2025 V329     NMINQ  OV3                  MDC: name=LIKENS, CODY dob=0
  05:39:36 04/07/2025 V325     NMINQ  OV34                 MDC: name=LIKENS, CODY
  05:39:37 04/07/2025 V325     27     OV34                 MDC: name=LIKENS, CODY
  07:45:01 04/07/2025 V287     NMINQ  OVSGT                MDC: name=LIKENS, CODY
  07:45:02 04/07/2025 V287     27     OVSGT                MDC: name=LIKENS, CODY
  07:45:13 04/07/2025 V287     27     OVSGT                MDC: name=LIKENS, CODY CHRIS
  07:45:14 04/07/2025 V287     NMINQ  OVSGT                MDC: name=LIKENS, CODY CHRIS
  07:49:15 04/07/2025 V256     NMINQ  OVADM                MDC: name=LIKENS, CODY
  07:49:16 04/07/2025 V256     27     OVADM                MDC: name=LIKENS, CODY
  07:49:39 04/07/2025 V256     27     OVADM                MDC: name=LIKENS, CODY CHRIS
  07:49:40 04/07/2025 V256     NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
  08:52:08 04/07/2025 V327     27     OVADM                MDC: name=LIKENS, CODY CHRIS
  08:52:09 04/07/2025 V327     NMINQ  OVADM                MDC: name=LIKENS, CODY CHRIS
  09:01:07 04/07/2025 V315     NMINQ  OV34    8713599      MDC: name=LIKENS, CODY
  09:01:08 04/07/2025 V315     27     OV34    8713599      MDC: name=LIKENS, CODY
  10:12:32 04/07/2025 V216     NMINQ  OVSG                 MDC: name=LIKENS, CODY
  10:12:33 04/07/2025 V216     27     OVSG                 MDC: name=LIKENS, CODY
  10:40:37 04/11/2025 V225     NMINQ  OVLPO                MDC: name=LIKENS, CODY
  10:40:38 04/11/2025 V225     27     OVLPO                MDC: name=LIKENS, CODY
  21:50:55 04/11/2025 V303     NMINQ  OV12                 MDC: name=LIKENS, CODY
```

```
07/25/25                    Oro Valley Police Department                    32028
15:46                          Main Radio Log Table                  Page:      7

BY DATE/TIME W/CALL# & DESCRIP:

   TIME/DATE OF ENTRY UNIT #  STAT   Zone    call ID
   ------------------- ------ -----  -----  ---------  -----------------------------
   21:50:56 04/11/2025 V303   27     OV12              MDC: name=LIKENS, CODY
   08:57:22 04/14/2025 V225   NMINQ  OVLPO             MDC: name=LIKENS, CODY
   08:57:23 04/14/2025 V225   27     OVLPO             MDC: name=LIKENS, CODY
   ===============================================================================
```