**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Angela M. Martinez | **Date:** January 20, 2026 |
| **USA v. Cody Christian Likens** | **Case Number:** CR-25-01354-001-TUC-AMM (MSA) |

**Assistant U.S. Attorney:** Sarah Jane Precup and Austin Fenwick
**Attorney for Defendant:** Cody Christian Likens, Pro Se
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**STATUS HEARING:**
CJA Attorney Saul Huerta is present in the Courtroom as standby counsel for Defendant.

Discussion held regarding the current Jury Trial set for 2/3/2026. Defendant indicates he intends to file a Motion to Continue. The Government indicates they have no objection to a continuance. The Court directs Mr. Likens to file his Motion to Continue the current trial date of 2/3/2026 no later than 1/21/2026 at 5:00 p.m.

The Government updates the Court regarding additional discovery disclosed to Defendant.

The Court addresses Mr. Likens' request to file supplemental objections to the R&R. Mr. Likens indicates his supplemental objections are 14 pages. The Court grants in part Defendant's request. The Court Orders that Defendant's supplemental objections shall be limited to 5 pages and must be directly related to the newly disclosed audio recording. The supplemental objections shall be filed no later than 1/22/2026 at 5:00 p.m. Any response from the Government shall be filed no later than 1/27/2026. No replies are permitted.

The Court advises Defendant to consult with advisory counsel prior to filing additional motions or notices with the Court.

**Status Hrg:** 21 min

**Court Reporter** Cindy Shearman
**Deputy Clerk** Tiffany Dame

**Start:** 1:09pm
**Stop:** 1:30pm