**Cody Christian Likens**
Defendant, Pro Se
10065 N. Alder Spring Dr.
Oro Valley, AZ 85737
Telephone: (520) 425-7415
Email: codylikens1@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br>Plaintiff,<br>v.<br>Cody Christian Likens<br>Defendant, | **Case No. CR25-01354-TUC-AMM(MSA)**<br>**APPENDIX A & B** |

# APPENDIX A — Objective Records and Exhibits

**A-1** First call classified as SUSP ACT — Ex. E p. 1

**A-2** First call reported time 18:58:39 — **Ex. A (BATES 136–143_Redacted.pdf) p. 1**

**A-3** Caller language reflects belief only — Ex. E p. 1; Ex. B

**A-4** Call completed at 19:15:46 — **Ex. A (BATES 136–143_Redacted.pdf) p. 2**; Ex. C p. 1

**A-5** No dispatcher verification — Ex. C p. 1

**A-6** Units V245/V322 only; no V276 — Ex. C p. 1; **Ex. A (BATES 136–143_Redacted.pdf) pp. 1–2**

**A-7** Second call classified ATL at 21:39:46 — Ex. F p. 1

**A-8** V276 en route at 21:49:06 — Ex. D p. 1

**A-9** Traffic stop at 21:49:09 — Ex. D p. 1

**A-10** First MDC query post-stop at 21:49:38–39 — Ex. D p. 1

**A-11** Prisoner in custody at 21:52:42 — Ex. D p. 1

**A-12** Call reclassification at 21:52:56 — Ex. D p. 1

**A-13** Officer testimony regarding records check — Ex. G p. 14

# APPENDIX B — Authorities

**B-1** *United States v. Twilley*, 222 F.3d 1092 (9th Cir. 2000)
(Reasonable suspicion must exist at the inception of a traffic stop; later-acquired facts cannot supply justification.)

**B-2** *Florida v. J.L.*, 529 U.S. 266 (2000)
(An anonymous tip, without sufficient indicia of reliability as to illegality, does not justify a stop.)

**B-3** *United States v. Brown*, 925 F.3d 1150 (9th Cir. 2019)
(A stop may not rest on an embellished or mischaracterized police bulletin that overstates the information actually conveyed.)

**B-4** *United States v. Fernandez-Castillo*, 324 F.3d 1114 (9th Cir. 2003)
(Collective-knowledge doctrine applies only when information is actually communicated or directed to the stopping officer.)

**B-5** *United States v. Garcia*, 205 F.3d 1182 (9th Cir. 2000)
(Post-stop verification or investigation cannot retroactively justify a seizure lacking reasonable suspicion at inception.)

**B-6** *United States v. Lopez-Soto*, 205 F.3d 1101 (9th Cir. 2000)
(Later-acquired information cannot bootstrap or cure an unlawful stop.)

**B-7** *Anderson v. City of Bessemer City*, 470 U.S. 564 (1985)
(Factual findings contradicted by objective, contemporaneous record evidence should not be adopted.)