Exhibit A



# Oro Valley Police Department
Detail Incident Report for V24100121

**Incident:** V24100121
**Nature:** SUSP ACT
**Location:** Oro Valley Beat 2
**Address:** 10065 N ALDER SPRING DR
Oro Valley AZ 85737

**Offense Codes:** 5705
**Received By:** Rippberger,Sara
**How Received:** 911
**Agency:** OVPD
**Responding Officers:** Fletcher,Timoth Garcia,Marco
**Responsible Officers:** Garcia,Marco
**Disposition:** Closed unassigned 10/11/24
**When Reported:** 18:58:39 10/03/24
**Occurred Between:** 18:56:38 10/03/24 and 18:56:46 10/03/24

**Assigned To:**
**Detail:**
**Date Assigned:** \*\*/\*\*/\*\*
**Status:**
**Status Date:** \*\*/\*\*/\*\*
**Due Date:** \*\*/\*\*/\*\*

**NARRATIVE:**

**Radiolog:**

**Unit:** V245
**Enroute:** 19:00:06 10/03/24
**Arrived:** 19:05:36 10/03/24
**Completed:** 19:11:46 10/03/24

**Unit:** V322
**Enroute:** 19:01:00 10/03/24
**Arrived:** 19:05:10 10/03/24
**Completed:** 19:15:46 10/03/24

rplwdir.x9

10/27/25

Likens-0136

## INVOLVEMENTS

| Type | Record | Date | Relationship |
|---|---|---|---|
| dsmain | 132036 | 06/03/25 | REQUEST |
| dsmain | 132659 | 06/26/25 | REQUEST |
| dsmain | 134489 | 09/05/25 | REQUEST |
| nmmain | 1832454 | 10/03/24 | INV LEAD |
| cdcall | 8529002 | 10/03/24 | Initiating Call |

**INVESTIGATIVE LEAD:**

|  |  |  |
|---|---|---|
| **Name:** LIKENS, CODY C. | **Name Number:** 1832454 | |
| **Race:** 5 | **Sex:** M | **DOB:** 04/08/82 |
| **Address:** 10065 N ALDER SPRING DR, Oro Valley, AZ 85737 | | |
| **Home Phone:** (808)688-3755 | **Work Phone:** (303)495-4563 | |

**SUPPLEMENTAL NARRATIVE:**
Name: Garcia,Marco
Date: 00:26:33 10/07/24
Initial Case Narrative By Officer M. A. Garcia V322
V24100121

On 10/07/2024 at approximately 1858 hours, while riding in a fully marked patrol unit in Oro Valley beat 2, I attempted to locate a truck with a wooden flat bed from 10065 N. Alder Spring Dr. Reportee advised that Cody Likens who's associated with the vehicle is driving on a suspended license with kids in the car.

Myself and additional officer's attempted to locate the vehicle, but were unsuccessful at this time. Cody was later located during an attempt to locate later on in the day.

Returning to patrol.

NFI.

Call Number:      8529002

Nature:           SUSP ACT
Reported:         18:58:39 10/03/24
Rcvd By:          Rippberger,Sara           How Rcvd: 9
Occ Btwn:         18:56:38 10/03/24    and 18:56:46 10/03/24
Type:             1
Priority:         4

Address:          10065 N ALDER SPRING DR
City:

Alarm:

COMPLAINANT/CONTACT
--------------------
Complainant: ,                                                    Name#:
Race:    Sex:    DOB: **/**/**
Address: ,
Home Phone:                                     Work Phone:

Contact: Anon female -n
Address:
Phone:

RADIO LOG
---------

| Dispatcher | Time/Date | Unit | Code | Zone | Agnc | Description |
| --- | --- | --- | --- | --- | --- | --- |
| Hewlett, Z | 19:00:06 10/03/24 | V245 | 76 | OV2 | OVPD | incid#=V24100121 ENROUTE call=6871 |
| Fletcher,T | 19:00:42 10/03/24 | V245 | NMIN | OV12 | OVPD | MDC: NameNumber=1832454 |
| Hewlett, Z | 19:01:00 10/03/24 | V322 | 76 | OV2 | OVPD | incid#=V24100121 ENROUTE call=6871 |
| Hewlett, Z | 19:01:07 10/03/24 | V322 | 76 | OV2 | OVPD | Assigned as Responsible Unit for call 8529002 |
| Fletcher,T | 19:02:15 10/03/24 | V245 | NMIN | OV12 | OVPD | MDC: dl=D09761251 state=AZ |
| Fletcher,T | 19:02:16 10/03/24 | V245 | 27 | OV12 | OVPD | MDC: dl=D09761251 state=AZ |
| Garcia,Mar | 19:02:43 10/03/24 | V322 | NMIN | OV2 | OVPD | MDC: NameNumber=1832454 |
| Garcia,Mar | 19:02:51 10/03/24 | V322 | 27 | OV2 | OVPD | MDC: name=LIKENS, CODY CHRISTIAN dob=▇▇/1982 sex=M dl=D09761251 state=AZ |
| Garcia,Mar | 19:02:52 10/03/24 | V322 | NMIN | OV2 | OVPD | MDC: name=LIKENS, CODY CHRISTIAN dob=▇▇1982 sex=M dl=D09761251 state=AZ |
| Garcia,Mar | 19:05:10 10/03/24 | V322 | 23 | OV2 | OVPD | (MDC) Arrived on scene incid#=V24100121 call=6871 |
| Garcia,Mar | 19:05:30 10/03/24 | V322 | 23 | OV2 | OVPD | (MDC) checking incid#=V24100121 call=6871 |
| Fletcher,T | 19:05:36 10/03/24 | V245 | 23 | OV2 | OVPD | (MDC) Arrived on scene incid#=V24100121 call=6871 |
| Garcia,Mar | 19:06:34 10/03/24 | V322 | 23 | OV2 | OVPD | (MDC) checking oracle - la reserve incid#=V24100121 call=6871 |
| Garcia,Mar | 19:08:43 10/03/24 | V322 | 29 | OV2 | OVPD | MDC: pl=CL70252 st=AZ |
| Garcia,Mar | 19:08:44 10/03/24 | V322 | VHRE | OV2 | OVPD | MDC: pl=CL70252 st=AZ |

```
Hewlett, Z   19:11:46 10/03/24 V245    24    OV2   OVPD
Garcia,Mar   19:15:38 10/03/24 V322    76    OV2   OVPD (MDC) Enroute to a call
                                                        incid#=V24100121 call=6871
Garcia,Mar   19:15:42 10/03/24 V322    76    OV2   OVPD (MDC) Enroute to a call
                                                        incid#=V24100121 call=6871
Garcia,Mar   19:15:44 10/03/24 V322    23    OV2   OVPD (MDC) Arrived on scene
                                                        incid#=V24100121 call=6871
Garcia,Mar   19:15:46 10/03/24 V322    24    OV2   OVPD (MDC) Completed call
                                                        incid#=V24100121 call=6871
```

COMMENTS
--------

Cody Likens bro truck w/ wood flat bed, temp 1028 is driving on a suspended
license and poss has kids in the car. He just left, poss heading to Oracle & El
Conquistador or Oracle & La Reserve

CALLBACK=??█████████     LAT=+32.389176 LON=-110.94884 UNC=13.57
18:59:08 10/03/2024 - R████████,S███
na #:   1832454 Cody Likens w/ pic & contact alert
19:02:27 10/03/2024 - Hewlett, Zach
1021 v216 if Cody is stopped on traffic

UNIT HISTORY
------------

| Unit | Time/Date | Code |
|------|-----------|------|
| V245 | 19:00:06 10/03/24 | 76 |
| V245 | 19:00:42 10/03/24 | NMIN |
| V245 | 19:02:15 10/03/24 | NMIN |
| V245 | 19:02:16 10/03/24 | 27 |
| V245 | 19:05:36 10/03/24 | 23 |
| V245 | 19:11:46 10/03/24 | 24 |
| V322 | 19:01:00 10/03/24 | 76 |
| V322 | 19:01:07 10/03/24 | 76 |
| V322 | 19:02:43 10/03/24 | NMIN |
| V322 | 19:02:51 10/03/24 | 27 |
| V322 | 19:02:52 10/03/24 | NMIN |
| V322 | 19:05:10 10/03/24 | 23 |
| V322 | 19:05:30 10/03/24 | 23 |
| V322 | 19:06:34 10/03/24 | 23 |
| V322 | 19:08:43 10/03/24 | 29 |
| V322 | 19:08:44 10/03/24 | VHRE |
| V322 | 19:15:38 10/03/24 | 76 |
| V322 | 19:15:42 10/03/24 | 76 |
| V322 | 19:15:44 10/03/24 | 23 |
| V322 | 19:15:46 10/03/24 | 24 |

RESPONDING OFFICERS
-------------------

| Unit | Officer |
|------|---------|
| V245 | Fletcher,Timoth |
| V322 | Garcia,Marco |

INVOLVEMENTS

Type Record# Date Description Relationship

LW    V24100121 10/03/24 SUSP ACT V24100121 10065 N A Initiating Call

Likens-0142

BY DATE/TIME W/CALL# & DESCRIP:

TIME/DATE OF ENTRY UNIT # STAT Zone call ID

```
19:00:06 10/03/2024 V245   76    OV2   8529002   incid#=V24100121 ENROUTE cal
19:00:42 10/03/2024 V245   NMINQ OV12  8529002   MDC: NameNumber=1832454
19:01:00 10/03/2024 V322   76    OV2   8529002   incid#=V24100121 ENROUTE cal
19:01:07 10/03/2024 V322   76    OV2   8529002   Assigned as Responsible Unit
19:02:15 10/03/2024 V245   NMINQ OV12  8529002   MDC: dl=D09761251 state=AZ
19:02:16 10/03/2024 V245   27    OV12  8529002   MDC: dl=D09761251 state=AZ
19:02:43 10/03/2024 V322   NMINQ OV2   8529002   MDC: NameNumber=1832454
19:02:51 10/03/2024 V322   27    OV2   8529002   MDC: name=LIKENS, CODY CHRIS
19:02:52 10/03/2024 V322   NMINQ OV2   8529002   MDC: name=LIKENS, CODY CHRIS
19:05:10 10/03/2024 V322   23    OV2   8529002   (MDC) Arrived on scene incid
19:05:30 10/03/2024 V322   23    OV2   8529002   (MDC) checking incid#=V24100
19:05:36 10/03/2024 V245   23    OV2   8529002   (MDC) Arrived on scene incid
19:06:34 10/03/2024 V322   23    OV2   8529002   (MDC) checking oracle - la r
19:08:43 10/03/2024 V322   29    OV2   8529002   MDC: pl=CL70252 st=AZ
19:08:44 10/03/2024 V322   VHREG OV2   8529002   MDC: pl=CL70252 st=AZ
19:11:46 10/03/2024 V245   24    OV2   8529002
19:15:38 10/03/2024 V322   76    OV2   8529002   (MDC) Enroute to a call inci
19:15:42 10/03/2024 V322   76    OV2   8529002   (MDC) Enroute to a call inci
19:15:44 10/03/2024 V322   23    OV2   8529002   (MDC) Arrived on scene incid
19:15:46 10/03/2024 V322   24    OV2   8529002   (MDC) Completed call incid#=
```
===========================================

Likens-0143

**Cody Christian Likens**
Defendant, Pro Se
10065 N. Alder Spring Dr.
Oro Valley, AZ 85737
Telephone: (520) 425-7415
Email: codylikens1@gmail.com

|  |  |
|---|---|
| United States of America<br>Plaintiff,<br>v.<br><br>Cody Christian Likens<br>Defendant, | **Case No. CR25-01354-TUC-AMM(MSA)**<br>**Exhibit B**<br>**First 911 Call Transcript — No Contact**<br><br>OCTOBER 3, 2024 18:58:39 |

**Incident:** V24100121
**Nature:** SUSP ACT
**Location:** Oro Valley Beat 2
**Address:** 10065 N ALDER SPRING DR
Oro Valley AZ 85737

**Offense Codes:** 5705
**Received By:** Rippberger,Sara      **How Received:** 911      **Agency:** OVPD
**Responding Officers:** Fletcher,Timoth Garcia,Marco
**Responsible Officers:** Garcia,Marco      **Disposition:** Closed unassigned 10/11/24
**When Reported:** 18:58:39 10/03/24      **Occurred Between:** 18:56:38 10/03/24 and 18:56:46 10/03/24

October 3rd, 2024, 18 hours, 56 minutes, 36 seconds. 911, what are you reporting? I'm supposed to be able to make an anonymous call that Cody Likens is driving his truck out of our neighborhood. Okay. What is the intersection or address? We're at Oracle and he's either going to come out on El Conquistador Way or Law Reserve. I don't know which way he's going to turn, but it has to be one of those on Oracle. Okay. Do you know what address he left from? 10065 North Alder Spring. He's driving a very distinctive truck that you'll have a picture of. It's a flatbed on the back and a regular cab truck on the front. Do you know the make and model? It isn't a

model. It's a mashed up thing from a junkyard. Okay. What color is it? It has a paper license plate. Well, it's sort of brown on the back, like wood flatbed, and sort of a dark gray on the front. He's driving on a suspended license, usually impaired, and sometimes has his kids in the car. Do you know if he has the kids in the car today? I don't know, but that's usually the only reason he comes by anymore. And what time did he leave from the Alder Springs address? Just now. He was out there rubbing his engine just now getting in. Okay. And you said it was Oracle and El Conquistador, or what was the other option? Law Reserve. He has to come out on either Law Reserve on Oracle or El Conquistador on Oracle. We had a meeting yesterday and they said I could call anonymously. Okay. Did you want an officer to talk to you about this once they check the area or no? No, just if they can catch him. Okay. If they wanted to catch him. I'll let the units in the area know what's going on. Thank you. Thank you. Bye.

Exhibit C

```
08/18/25                    Oro Valley Police Department                    32028
12:23                         Main Radio Log Table                  Page:     1

BY DATE/TIME W/CALL# & DESCRIP:

   TIME/DATE OF ENTRY UNIT #   STAT   Zone    call ID
   ------------------ ------   ----   ----    ---------    -------------------------------
   19:00:06 10/03/2024 V245    76     OV2     8529002      incid#=V24100121 ENROUTE cal
   19:00:42 10/03/2024 V245    NMINQ  OV12    8529002      MDC: NameNumber=
   19:01:00 10/03/2024 V322    76     OV2     8529002      incid#=V24100121 ENROUTE cal
   19:01:07 10/03/2024 V322    76     OV2     8529002      Assigned as Responsible Unit
   19:02:15 10/03/2024 V245    NMINQ  OV12    8529002      MDC: dl=            state=AZ
   19:02:16 10/03/2024 V245    27     OV12    8529002      MDC: dl=            state=AZ
   19:02:43 10/03/2024 V322    NMINQ  OV2     8529002      MDC: NameNumber=
   19:02:51 10/03/2024 V322    27     OV2     8529002      MDC: name=LIKENS, CODY CHRIS
   19:02:52 10/03/2024 V322    NMINQ  OV2     8529002      MDC: name=LIKENS, CODY CHRIS
   19:05:10 10/03/2024 V322    23     OV2     8529002      (MDC) Arrived on scene incid
   19:05:30 10/03/2024 V322    23     OV2     8529002      (MDC) checking incid#=V24100
   19:05:36 10/03/2024 V245    23     OV2     8529002      (MDC) Arrived on scene incid
   19:06:34 10/03/2024 V322    23     OV2     8529002      (MDC) checking oracle - la r
   19:08:43 10/03/2024 V322    29     OV2     8529002      MDC: pl=            st=AZ
   19:08:44 10/03/2024 V322    VHREG  OV2     8529002      MDC: pl=            st=AZ
   19:11:46 10/03/2024 V245    24     OV2     8529002
   19:15:38 10/03/2024 V322    76     OV2     8529002      (MDC) Enroute to a call inci
   19:15:42 10/03/2024 V322    76     OV2     8529002      (MDC) Enroute to a call inci
   19:15:44 10/03/2024 V322    23     OV2     8529002      (MDC) Arrived on scene incid
   19:15:46 10/03/2024 V322    24     OV2     8529002      (MDC) Completed call incid#=
   = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

Exhibit D
```
08/18/25                    Oro Valley Police Department                    32028
12:22                          Main Radio Log Table                      Page:    1

BY DATE/TIME W/CALL# & DESCRIP:

  TIME/DATE OF ENTRY UNIT #   STAT   Zone    call ID
  --------------------------  ------ -----   ----------  --------------------------------
  21:40:30 10/03/2024 V9075   76     OVAL    8529126     ENROUTE call=785m
  21:42:00 10/03/2024 V245    23     OVAL    8529126     c=785m    el con & oracle
  21:49:06 10/03/2024 V276    76     OVAL    8529126     c=785m
  21:49:09 10/03/2024 V276    TS     OVAL    8529126     N ORACLE RD & N WATER HARVES
  21:49:13 10/03/2024 V245    76     OVAL    8529126     v276, call=785m
  21:49:38 10/03/2024 V276    27     OVTRA   8529126     MDC: name=LIKENS, CODY CHRIS
  21:49:39 10/03/2024 V276    NMINQ  OVTRA   8529126     MDC: name=LIKENS, CODY CHRIS
  21:50:30 10/03/2024 V328    23     OVAL    8529126     c=785m
  21:52:42 10/03/2024 V276    95     OVAL    8529126     PRISONER IN CUSTODY call=785
  21:52:56 10/03/2024 V245    76             8529126     call=7851 Call type changed
  21:52:56 10/03/2024 V276    TS             8529126     call=7851 Call type changed
  21:52:56 10/03/2024 V328    23             8529126     call=7851 Call type changed
  21:52:56 10/03/2024 V9075   76             8529126     call=7851 Call type changed
  21:53:14 10/03/2024 V245    23     OVAL    8529126     (MDC) Arrived on scene incid
  21:54:02 10/03/2024 V328    23     OVAL    8529126     w/ v276 oracle & water harve
  21:54:17 10/03/2024 V245    23     OVAL    8529126     w/ v276 oracle & water harve
  21:56:31 10/03/2024 V287    23     OVAL    8529126     incid#=V24100125 c=7851  ora
  22:03:10 10/03/2024 V276    C4     OVAL    8529126     has 78
  22:13:26 10/03/2024 V276    C4     OVAL    8529126     has 78
  22:18:05 10/03/2024 V9075   42     OVAL    8529126
  22:18:18 10/03/2024 V276    TS     OVAL    8529126     Assigned as Responsible Unit
  22:23:54 10/03/2024 V276    C4     OVAL    8529126     has 78
  22:30:12 10/03/2024 V287    29     OVK9    8529126     MDC: pl=█████    st=AZ
  22:30:13 10/03/2024 V287    VHREG  OVK9    8529126     MDC: pl=█████    st=AZ
  22:32:08 10/03/2024 V287    NMINQ  OVK9    8529126     MDC: name=█████
  22:32:09 10/03/2024 V287    27     OVK9    8529126     MDC: name=█████
  22:33:04 10/03/2024 V287    NMINQ  OVK9    8529126     MDC: name=█████        dob=
  22:33:05 10/03/2024 V287    27     OVK9    8529126     MDC: name=█████        dob=
  22:34:14 10/03/2024 V276    23     OVAL    8529126     oracle & water harvest, call
  22:37:34 10/03/2024 V245    C926   OVAL    8529126     incid#=V24100125 23 for abou
  22:51:08 10/03/2024 V276    43     OVAL    8529126     29 on 32 ruger 22 rifle
  22:51:42 10/03/2024 V276    43     OVAL    8529126     29 on 32                unk make
  22:51:56 10/03/2024 V276    43     OVAL    8529126     29 on 32                unk make
  22:51:59 10/03/2024 V276    43     OVAL    8529126     29 on 32                unk make
  22:54:36 10/03/2024 V276    43     OVAL    8529126     29 on 32 kfa22 rifle
  23:03:22 10/03/2024 V287    24     OVAL    8529126     (MDC) Completed call incid#=
  23:04:49 10/03/2024 V328    76     OVAL    8529126     (MDC) magee property incid#=
  23:10:24 10/03/2024 V276    EJ     OVAL    8529126     incid#=V24100125 w/ 1 call=7
  23:11:21 10/03/2024 V328    23     OVAL    8529126     (MDC) magee property  incid#
  23:33:24 10/03/2024 V276    AJ     OVAL    8529126     incid#=V24100125 w/ 1 call=7
  23:50:56 10/03/2024 V276    29     OVTRA   8529126     MDC: pl=█████    st=AZ
  23:50:57 10/03/2024 V276    VHREG  OVTRA   8529126     MDC: pl=█████    st=AZ
  00:09:03 10/04/2024 V276    76     OVAL    8529126     (MDC) n incid#=V24100125 cal
  00:27:14 10/04/2024 V276    23     OVAL    8529126     (MDC) Arrived on scene incid
  00:44:07 10/04/2024 V328    24     OVAL    8529126     (MDC) Completed call incid#=
  01:24:12 10/04/2024 V276    24     OVAL    8529126     (MDC) Completed call incid#=
  ===================================================================================
```

```
08/21/25                 Oro Valley Police Department                    12327
14:48                       CAD Master Call Table:                  Page:    1

   Long-Term Call ID   8529002
   Active Call         Nature  SUSP ACT      Type  1     Priority  4

   Address√ 10065 N ALDER SPRING DR                City   OV   Oro Valley
   N LA RESERVE DR & E ALDER SPRING PL
   Zones    ✚     ✚     ✚      Determinant           Alarm
   Directions

   Contact  Anon female -n                Tel  ███████████
   Address   X:-110.94884  Y:+32.389176  U:13.57
   Info    (See below)
   License Plate              State

   Calls✚25+Dupl✚ 0 Names✚ 7 w/Alrts✚ 0 Wants✚ 1 Prem✚ 0 Adr✚ 0

   How Rcvd   9 911                  Occurred between  18:56:38 10/03/24
    Rcvd by   Rippberger,Sara                     and  18:56:46 10/03/24
   Hld Until    :  :    /  /          When Rptd        18:58:39 10/03/24
  ═══════════════════════════════════════════════════════════════════════

INVOLVEMENTS:
Type  Record #    Date      Description              Relationship
 LW   V24100121   10/03/24  SUSP ACT                 *Initiating Call

Call Taker Comments:
```

Cody Likens bro truck w/ wood flat bed, temp 1028 is driving on a suspended license and poss has kids in the car. He just left, poss heading to Oracle & El Conquistador or Oracle & La Reserve

CALLBACK=?? ███████████ ███████████
18:59:08 10/03/2024 - Rippberger,Sara
na #:   1832454 Cody Likens w/ pic & contact alert
19:02:27 10/03/2024 - Hewlett, Zach
1021 v216 if Cody is stopped on traffic

```
08/21/25                Oro Valley Police Department                    12327
14:44                      CAD Master Call Table:                 Page:    1
    Long-Term Call ID    8529126
    Active Call          Nature  ATL        Type   1    Priority  6

    Address  ; driving on susp 1027 10065 n alder spr   City

    Zones    +       +       +        Determinant              Alarm
    Directions

    Contact   anon female -n                   Tel
    Address
    Info   (See below)
    License Plate                 State

    Calls+    Dupl+    Names+   w/Alrts+   Wants+   Prem+   Adr+

    How Rcvd    9 911                 Occurred between   21:38:27 10/03/24
      Rcvd by   Rippberger,Sara                     and   21:38:35 10/03/24
    Hld Until    :  :    / /              When Rptd    21:39:46 10/03/24
```

---

INVOLVEMENTS:
Type  Record #     Date        Description              Relationship
LW    V24100125    10/03/24    ATL                      *Initiating Call

Call Taker Comments:

Just occurred, Cody Likens is leaving in a homemade truck w/ flat bed, driving on a suspended license, LSH SB.
21:41:33 10/03/2024 - Rippberger,Sara
na #:    1832454 Cody Likens w/ pic & contact alert
22:03:50 10/03/2024 - Rouff,Jennifer - From: Fletcher,Timoth
c926 req
22:05:37 10/03/2024 - Rouff,Jennifer
catalina 76
22:09:03 10/03/2024 - Rouff,Jennifer - From: Brandstrom,Kris
III on cody sent to my mdc
01:12:09 10/04/2024 - Rippberger,Sara
Officer Swanson #009/Blairsville PD ▮▮▮▮▮▮▮▮ -y has questions about the gun that came back as stolen and needs to confirm w/ an officer that it is a sound-a-like. Officer is verified
01:13:48 10/04/2024 - Rouff,Jennifer
v276 advised