GARCIA & GARCIA LAW FIRM
Daniel M. Garcia (Bar No. 031268)
961 W. Ray Rd., Suite # 7
Chandler, Arizona 85225

Attorney for Defendant
Cody Christian Likens

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States Of America,<br><br>Plaintiff,<br><br>v.<br><br>Cody Christian Likens,<br><br>Defendant. | Case No: 4:25-cr-01354-AMM-MSA-1<br><br>**NOTICE OF APPEARANCE** |

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Cody Christian Likens.

RESPECTFULLY SUBMITTED this 17th day of March, 2026.

*<u>/s/ Daniel M. Garcia</u>*
**GARCIA & GARCIA LAW FIRM**
Daniel M. Garcia
961 W. Ray Rd., Suite # 7
Chandler, AZ 85225

Certificate of Service:

I hereby certify that on March 17, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sarah Jane Precup
Assistant U.S. Attorney
405 W Congress St., Ste. 4800
Tucson, AZ 85701-4050
520-620-7348
Email: sarah.precup@usdoj.gov