TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH J. PRECUP
AUSTIN L. FENWICK
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Austin.fenwick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br>Plaintiff,<br>vs.<br>Cody Christian Likens,<br>Defendant. | 25-CR-01354-AMM-MSA<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

Pursuant to Fed. R. Crim. P. 48(a), and by leave of Court, the United States Attorney for the District of Arizona hereby dismisses the above captioned indictment without prejudice against defendant Cody Christian Likens. Mr. Likens has been contacted and does not oppose a dismissal but requests that it should be with prejudice due to "the fact pattern and history of this case, including the Magistrate Judge's finding in the Report and Recommendation that "the Court has seen and heard enough to believe that OVPD was targeting Defendant" (Doc. 66 at 8), and Officer Cherry's post federal indictment resubmission attempt of charges to the Pima County Attorney on March 17, 2025, which my Renewed Motion to Compel (Doc. 129) is intended to address. Given that history, a dismissal that leaves the Government free to re-present these charges would leave me exposed to the same prosecution again, without the issues in my pending motions ever being resolved."

Respectfully submitted this 21 day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Austin L. Fenwick*

SARAH J. PRECUP
AUSTIN L. FENWICK
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 21 day of October, 2026, to:

All ECF Participants.